

# City of Rochester

Department of Law
City Hall Room 400A, 30 Church Street
Rochester, New York 14614-1295
www.cityofrochester.gov

Christopher S. Noone
Municipal Attorney

March 10, 2023

**Via ECF & Email: marianpayson@nywd.uscourts.gov**
Hon. Marian W. Payson
Unites States Magistrate Judge
100 State Street
Rochester, NY 14614

    Re:    Devin Johnson v City of Rochester, et ano
           Civil No.: 21-CV-06683(DGL/MWP)

Dear Magistrate Payson:

    I am writing to request further 60-day extensions of the deadlines contained in the Amended Scheduling Letter Order Your Honor kindly granted on December 1, 2022. I spoke with Plaintiff's attorney, Mark Young, about this request and he authorized me to write to you to make this jointly. It took some time and effort for us to assemble and exchange our Rule 26 Disclosures and because of our schedules, it has been difficult to complete depositions. We would thus ask Your Honor grant us an additional 60 days on the deadlines.

    Thank you for your courtesies and your kind consideration of this request.

                            Very truly yours,

                            Christopher S. Noone
                            Municipal Attorney

CSN/mb
cc: Mark A. Young, Esq. (mark@markyounglaw.com)

                            **Request granted.**
                            **IT IS SO ORDERED.**

                              *s/Marian W. Payson*
                              **Hon. Marian W. Payson**
                              **United States Magistrate Judge**

                            **Dated: March 10, 2023**

