UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NEW YORK

---

DEVIN JOHNSON,

                Plaintiff,

-vs-

The CITY OF ROCHESTER and ROCHESTER
POLICE OFFICER JONATHAN LAUREANO,

                Defendants.

**NOTICE OF MOTION
FOR SUMMARY JUDGMENT**

Civil Action No. 21-cv-6683 (DGL/MWP)

---

    **PLEASE TAKE NOTICE**, that upon all of the pleadings in this action, upon all prior proceedings, upon the Rule 56 Statement of the Defendants, City of Rochester and Rochester Police Officer Jonathan Laureano, upon the Declarations of Police Officers Jonathan Laureano, Philip Perelli and William Wagner, and upon the Defendants' Memorandum of Law, they will move this Court, at the United States Courthouse, 100 State Street, Rochester, New York, at a time to be determined by the Court, for an Order granting dismissal or summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, including on the grounds of qualified immunity for Officer Laureano, as well as for such other and further relief as this Court may deem just and proper.

    This motion is submitted on the papers. No oral argument is requested. The moving Defendants reserve their right to submit reply papers.

DATED: June 30, 2023
            Rochester, New York

Yours, etc.,

LINDA S. KINGSLEY, Corporation Counsel

BY: _____
    CHRISTOPHER S. NOONE, Esq., of Counsel

Attorneys for Defendants
30 Church Street, Room 400A City Hall
Rochester, New York 14614
Telephone: (585) 428-6753
Email: christopher.noone@cityofrochester.gov

**TO:** Mark A. Young, Esq.
Attorney for Plaintiff
45 Exchange Blvd., Suite 802
Rochester, NY 14614
Telephone: (585) 232-4240
Email: mark@markyounglaw.com