# Exhibit A
# On Thumb Drive

BLC Footage from Clifford/Portland