# Exhibit B
# On Thumb Drive

BLC Footage from Clifford/Miller