# EXHIBIT C


















