# Exhibits D through H

# On Thumb Drive

(Glodowski's BWC)