# EXHIBIT I

Page 13

1  DEVIN S. JOHNSON - BY MR. NOONE
2  anything you did?
3      A. No. I don't remember that far.
4      Q. Okay. Were you going anywhere?
5      A. When -- when this whole thing occurred?
6      Q. Yes.
7      A. Yes. I was on my way home. I stopped to
8  pick up a friend.
9      Q. Where was that friend located?
10     A. On Miller Street.
11     Q. How did you and your friend arrange to
12 pick him up?
13     A. He texted me.
14     Q. It's a him obviously?
15     A. Yes.
16     Q. Where did -- what did he text you?
17     A. He texted me and said, "Can you pick me
18 up?"
19         He also stays in Strathmore Circle.
20         MR. YOUNG: Slow down or she will beat
21 you. Okay?
22     Q. When -- when did he give you the text to
23 let you know he wanted you to pick him up? Were you
24 at the gas station at the time or somewhere else?
25     A. No. I was at the gas station and he

Page 14

1  DEVIN S. JOHNSON - BY MR. NOONE
2  texted me, "Can you pick me up on Miller Street?"
3      Q. Do you have any sense how long you were at
4  the gas station?
5      A. No.
6      Q. Did you talk to anybody when you were
7  there?
8      A. Yes.
9      Q. Who did you talk to?
10     A. A friend.
11     Q. And the -- the friend -- this is a friend
12 you were living with at the time?
13     A. That I was talking to?
14     Q. Yes.
15     A. No.
16     Q. The one on Miller Street you would pick
17 up, was he living with you or in the same building?
18     A. In the same building.
19     Q. Were you and he going anywhere else or
20 intending to go anywhere else on the way home?
21     A. No.
22     Q. Had you eaten that day?
23     A. Had I eaten that day?
24     Q. Did you eat that day?
25     A. I don't remember if I ate that day.

Page 15

1  DEVIN S. JOHNSON - BY MR. NOONE
2      Q. And did you use -- this was -- what kind
3  of a car was this you were operating?
4      A. SUV Audi Q7.
5      Q. And you said that sometimes you were able
6  to use that to go to work?
7      A. No, no. I had got it that night.
8      Q. Okay. And how did you get the car?
9      A. I made a phone call and asked my baby
10 mother could I use it because --
11     Q. Go ahead.
12     A. You ask the question.
13     Q. Where were you at the time?
14     A. When I asked her?
15     Q. Yes.
16     A. I was at Strathmore Circle where I was
17 staying.
18     Q. Was this after you got out of work?
19     A. I don't remember if I went to work that
20 day.
21     Q. Oh, okay. Okay.
22         How did you get the car?
23     A. How did I get the car?
24     Q. Yes.
25     A. I got a ride over there.

Page 16

1  DEVIN S. JOHNSON - BY MR. NOONE
2      Q. Where was she living at the time?
3      A. Who?
4      Q. The -- your baby mother?
5      A. Baby mother. 168 Gibbs Street.
6      Q. Oh, okay.
7          Did you stay there for a period at 168
8  Gibbs Street before you took the car?
9      A. Before I took the car?
10     Q. Yes.
11     A. I was living there at one point in time,
12 when I first came home.
13     Q. Okay. Then you moved to Strathmore
14 Circle?
15     A. Yes.
16     Q. That was with --
17     A. My girlfriend.
18     Q. The Division of Parole approved both
19 places?
20     A. Yes.
21     Q. And do you recall anything you did after
22 you picked the car up?
23     A. After I picked the car up, no.
24     Q. Was it light or dark out when you got the
25 car?