# EXHIBIT J

[Department of Corrections and Community Supervision](#)
[Community Supervision](#)

☐

Parolee Lookup

# Parolee Lookup

Parolee Lookup [glossary](#).

Parolee information:

| | |
|---|---|
| DIN: | 13B0447 |
| Name: | Devin S Johnson |
| Date of birth: | ~~5/16/1994~~ |
| Race / ethnicity: | BLACK |
| Release to parole supervision: | 2/2/2018 |
| Parole status: | Discharged |
| Effective date: | 2/2/2021 |

Offense information (most recent):

| Crime of conviction | Felony class | County of commitment |
|---|---|---|
| CRIM POSS WEAP 2ND(REV 09/78) | C | Monroe |
| ROBBERY 2ND (REV 09/78) | C | Ontario |
| GRAND LARCENY - NOT AUTO 4TH | E | Ontario |

[New search](#)

[Department of Corrections and Community Supervision](#)
[Accessibility](#)
[Contact](#)
[Disclaimer](#)
[Language Access](#)
[Privacy Policy](#)
☐
☐
☐

Department of Corrections and Community Supervision

Find an offender → Incarcerated Lookup

# Incarcerated Lookup

Start a New Search

< Back to Search Results

### JOHNSON, DEVIN S

**DIN:** 13B0447

| | | |
|---|---|---|
| **Race/Ethnicity:** | **Date of Birth:** | **(age):** |
| BLACK | 05/16/1994 | 29 years old |
| **Custody Status:** | | RELEASED |
| **Housing / Releasing Facility:** | | CLINTON |
| **County of Commitment:** | | MONROE |
| **Date Received (original):** | | 02/19/2013 |
| **Date Received (current):** | | 02/19/2013 |
| **Admission Type:** | | |
| **Latest Release Date / Type (Released Only):** | | 02/02/18 PAROLE - COND REL TO PAROLE |

**Crimes of Conviction:** If all crime fields below contain data, there may be additional crimes not shown here. The crimes shown here are those with the longest sentences as of 06/06/2023)

| Crime | Class |
|---|---|
| CRIM POSS WEAP 2ND | C |
| ROBBERY 2ND | C |
| GRAND LARCENY - NOT AUTO 4TH | E |

## Sentence Terms and Release Dates

Under certain circumstances, an incarcerated may be released prior to serving their minimum term and before the earliest release date shown for the individual. As of 06/06/2023

| | |
|---|---|
| **Aggregate Minimum Sentence** | 5 Years, 1 Months, 18 Days |
| **Aggregate Maximum Sentence** | 6 Years, 0 Months, 0 Days |
| **Earliest Release Date** | |
| **Earliest Release Type** | |
| **Parole Interview Date** | |
| **Parole Interview Type** | FULL MAXIMUM |

| | |
|---|---|
| **Parole Eligibility Date** | 12/04/2017 |
| **Conditional Release Date** | 02/04/2018 |
| **Maximum Expiration Date** | 10/16/2018 |
| **Maximum Expiration Date for Parole Supervision** | |
| **Post Release Supervision Maximum Expiration Date** | 02/02/2023 |
| **Parole Board Discharge Date** | 02/02/2021 |

Information Data Definitions are provided for most of the elements listed above.

**Department of Corrections and Community Supervision** | Accessibility   Contact   Disclaimer

Language Access   Privacy Policy