# Exhibit K

# On Thumb Drive

(Perelli's BWC)