# Exhibit L

# On Thumb Drive

(Lisle's BWC)