# Exhibit M

# On Thumb Drive

(Rodriguez's BWC)