# Exhibit N

# On Thumb Drive

(Sgt. Robinson's BWC)