# EXHIBIT P

THE CITY COURT OF ROCHESTER COUNTY OF MONROE NEW YORK
THE PEOPLE OF THE STATE OF NEW YORK

CR#19-202259
Felony Complaint

VS.

Devin Johnson, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ DOB ▓▓▓▓▓▓▓

I, **Off. Phillip Perelli,** the complainant here, work at 185 Exchange Blvd, Rochester, New York, and accuse the defendant, **Devin Johnson,** in this action, that on or about the **24ʰ. day of August, 2019** at about **9:46 p.m.,** at the location known as **73 Miller St.,** Rochester, New York, said defendant did knowingly, intentionally and unlawfully commit **THE C FELONY CRIMINAL POSSESSION OF WEAPON IN THE SECOND DEGREE, THE D FELONY CRIMINAL POSSESSION OF A WEAPON 3ᴿᴰ DEGREE (x2), AND THE E FELONY CRIMINAL POSSESSION STOLEN PROPERTY 4ᵀᴴ DEGREE** contrary to the provisions of Section(s) and Sub-Section(s) **265.03 (3), 265.02 (1)&(3), AND 165.45 (4)** of the Penal Law of the State of New York.

**THE FACTS ON WHICH THIS ACCUSATION ARE MADE OF MY OWN KNOWLEDGE AND UPON INFORMATION AND BRIEF AS FOLLOWS:**

That your complainant is a Police Officer for the Rochester Police Department and assigned to the Tactical Unit. That on the above date and time and at the above location, the defendant did possess a silver colored revolver, to wit: A Smith and Wesson airweight revolver loaded with five rounds of .38 caliber ammunition was located in a vehicle, GPB2190 to a black Audi Q7, under the front passenger seat in a small drawer. The serial number was scratched off the revolver at the bottom of the grip but an additional serial number was located on the frame. The serial number was BRH4033 which was run through RPD Records and showed that it was stolen on 10/25/15 from 21 Timber Trail Sweden NY CR #15-192563.   Furthermore, Johnson has a previous conviction for CPW 2nd on February 7th, 2013.

Furthermore, by these actions the defendant was in violation of Sections and Sub-Sections 265.03 (3), 265.02 (1)&(3) and 165.45 (4) of the New York State Penal Law.

The basis of your complainant's knowledge of the fact is his personal knowledge and investigation of this incident.

**NOTICE:FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW OF THE STATE OF NEW YORK.**

**DATE: August 24th, 2019**                COMPLAINANT _PMP Prll_ #2138

OFF. Phillip Perelli

☐ Crime Report Attached    ☐ 710.30 Notice Attached
☐ Warrant Application         Scheduled Appearance Date 08-26-19
☐ Physical Identification     Appearance Ticket # _____
☐ MoRIS Identification

Victim's Name & Date of Birth   COR _____

**STATE OF NEW YORK**
**COUNTY OF MONROE**
**ROCHESTER CITY COURT**

CR# 19-202259

**CITY OF ROCHESTER**
**CITY COURT CRIMINAL**
**BRANCH**

---

**THE PEOPLE OF THE STATE OF NEW YORK**
-vs.-

Devin                      S.                    Johnson

**First Name**          **Middle Initial**      **Last Name**

**Date of Birth** ▄▄▄▄▄▄▄

**Defendant/Respondent**

**First Name**          **Middle Initial**      **Last Name**

**Date of Birth** _____

**Defendant/Respondent**

Information/Complaint
Obstructing Governmental Administration in the Second Degree

---

Your complainant, _____ Off. P. Perelli _____, being duly sworn, deposes and states that I

work at the premises known as _____ 185 Exchange Blvd _____ in the City of Rochester, State

of New York. That on the __24__ day of __August__, 9:46, at approximately 9:46  ☐ AM ☑ PM at the

premises known as _____ 73 Miller St _____ in the City of Rochester, State of New York, I

accuse said defendant(s) _____ Devin S. Johnson _____ of intentionally, knowingly and

unlawfully committing the class A Misdemeanor of **OBSTRUCTING GOVERNMENTAL ADMINISTRATION IN THE SECOND**

**DEGREE** in violation of Section 195.05 of the Penal Law of the State of New York.

The factual basis for the above being ☑**UPON PERSONAL KNOWLEDGE** and/or ☐ **UPON INFORMATION AND BELIEF,**

the source of which is _____, as follows:

COMPLAINANT STATES THAT ON OR ABOUT THE ABOVE LISTED DATE, TIME AND PLACE THE DEFENDANT(S) DID INTENTIONALLY OBSTRUCT,
IMPAIR OR PERVERT THE ADMINISTRATION OF LAW OR OTHER GOVERNMENTAL FUNCTION OR PREVENTED OR ATTEMPTED TO PREVENT A
PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION, BY MEANS OF INTIMIDATION, PHYSICAL FORCE OR INTERFERENCE, OR BY
MEANS OF ANY INDEPENDENTLY UNLAWFUL ACT, OR BY MEANS OF INTERFERING, WHETHER OR NOT PHYSICAL FORCE IS INVOLVED, WITH
RADIO, TELEPHONE, TELEVISION OR OTHER TELECOMMUNICATIONS SYSTEMS OWNED OR OPERATED BY THE STATE, OR A COUNTY, CITY,
TOWN, VILLAGE, FIRE DISTRICT OR EMERGENCY MEDICAL SERVICE OR BY MEANS OF RELEASING A DANGEROUS ANIMAL UNDER
CIRCUMSTANCES EVINCING THE ACTOR'S INTENT THAT THE ANIMAL OBSTRUCT GOVERNMENTAL ADMINISTRATION.

TO WIT, THE DEFENDANT DID:
Operate a 2008 Audi, Q7 at 73 Miller St that was being stopped for a vehicle and traffic infraction. The defendant pulled to the curb and fled
the driver's seat on foot east through the yards, obstructing me from conducting a vehicle and traffic stop.

---

*NOTICE: FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO*
*SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.*

Subscribed and sworn to before me
this 24 day of August, 2019

*Ro Perelli* #2138
**COMPLAINANT'S SIGNATURE**

_____
**WITNESS SIGNATURE**

*Please take notice that the People intend to offer at the trial of the defendant(s):*
☐ *Evidence of a statement by the defendant(s) made to a public servant.*
☐ *Testimony identifying the defendant(s) as the person(s) who committed the*
*offense in a:*
    ☐ show-up ☐ photo array ☐ line-up ☐ voice identification

RPD 195.05

REV. 02/11

☐ Crime Report Attached  ☐ 710.30 Notice Attached
☐ Warrant Application      Scheduled Appearance Date 08-26-2019
☐ Physical Identification   Appearance Ticket # _____
☐ MoRIS Identification
Victim's Name & Date of Birth    COR _____

CR# 19-202259

**CITY OF ROCHESTER
CITY COURT CRIMINAL
BRANCH**

STATE OF NEW YORK
COUNTY OF MONROE
ROCHESTER CITY COURT

### THE PEOPLE OF THE STATE OF NEW YORK
-vs.-

| Devin | S. | Johnson |
| First Name | Middle Initial | Last Name |

Date of Birth ▇▇▇▇▇▇▇

**Defendant/Respondent**

| | | |
| First Name | Middle Initial | Last Name |

Date of Birth _____

**Defendant/Respondent**

*Information/Complaint*
*Resisting Arrest*

Your complainant, Off. J. Laureano _____, being duly sworn, deposes and states
that I work _____ at the premises known as 185 Exchange Blvd _____ in the City of
Rochester, State of New York. That on the 24 day of August , 2019 , at approximately 9:46
☐ AM ☑ PM at the premises known as 73 Miller St _____ in the City of
Rochester, State of New York, I accuse said defendant(s) Devin S. Johnson _____
of intentionally, knowingly and unlawfully committing the class A Misdemeanor of RESISTING ARREST in
violation of Section 205.30 of the Penal Law of the State of New York.
The factual basis for the above being ☑ UPON PERSONAL KNOWLEDGE and/or ☐ UPON INFORMATION AND
BELIEF, the source of which is _____ , as follows:
COMPLAINANT STATES THAT ON OR ABOUT THE ABOVE LISTED DATE, TIME AND PLACE THE DEFENDANT(S) DID:

Operate a 2008 Audi, Q7 at 73 Miller St that was being stopped for a vehicle and traffic infraction. The defendant pulled to the curb and immediately fled the drivers seat on foot east through the yards. He was given multiple orders to stop running which he refused to do. He was subsequently taken into custody at 13 Wright Ter.

That by the above actions, the defendant(s) intentionally prevented or attempted to prevent a police officer or
peace officer from effecting an authorized arrest of himself or another.
To wit, the defendant was under arrest for 1163-c failure to signal _____ the factual basis
for the authorized arrest are as follows:
The defendant failed to signal as he pulled to the curb at 73 Miller St.

*NOTICE: FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO
SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.*

Subscribed and sworn to before me
this 24 day of August , 2019

_____  #2231
**COMPLAINANT'S SIGNATURE**

*Please take notice that the People intend to offer at the trial of the defendant(s):*
☐ *Evidence of a statement by the defendant(s) made to a public servant.*
☐ *Testimony identifying the defendant(s) as the person(s) who committed the
   offense in a:*
     ☐ *show-up* ☐ *photo array* ☐ *line-up* ☐ *voice identification*

**WITNESS SIGNATURE**

RPD 205.30    REV. 02/11

☐ Crime Report Attached   ☐ 710.30 Notice Attached
☐ Warrant Application        Scheduled Appearance Date _____
☒ Physical Identification     Appearance Ticket # _____
☒ MoRIS Identification

CR# 19-202259

**CITY OF ROCHESTER
CITY COURT CRIMINAL
BRANCH**

**STATE OF NEW YORK
COUNTY OF MONROE
ROCHESTER CITY COURT**

**THE PEOPLE OF THE STATE OF NEW YORK**
-vs.-

| Devin | S | Johnson |
|---|---|---|
| **First Name** | **Middle Initial** | **Last Name** |

Date of Birth ▉▉▉▉▉▉

**Defendant/Respondent**

Supporting Deposition
Use With Simplified
Traffic Information(s)

Your complainant, _____Ofc. J. Laureano_____ , being duly sworn, deposes and states that I am a police officer employed by the City of Rochester, New York. On the 24th day of August , 2019 , at approximately 9:46 ☐ AM ☒ PM, I did ☒ observe ☐ learn that the above named defendant driving and operating a Audi , make/model vehicle Q7 bearing NY State registration GPB2190 , in a(n) southbound direction at 73 Miller St in the City of Rochester, State of New York. I further ☒ observed ☐ learned the defendant operating the above vehicle in the following manner:

The vehicle, bearing NYS registration GPB2190, was traveling southbound on Miller St from Clifford Av. The defendant quickly pulled over to the curb in front of 73 Miller St. The defendant failed to activate his signal prior to pulling over. The defendant then fled the vehicle on foot and ran from me and other responding officers.

☒ Where the basis for my allegations is upon information and belief, the source of which is a check of computer DMV DALL records to which my Department has access and which the Department and I use in the regular and ordinary course of police business. A copy of the defendant's DMV DALL record form generated in the regular course of police business is attached.

*NOTICE: FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.*

Subscribed and sworn to before me
this 24th day of August , 2019

*Please take notice that the People intend to offer at the trial of the defendant(s):*
☐ *Evidence of a statement by the defendant(s) made to a public servant.*
☐ *Testimony identifying the defendant(s) as the person(s) who committed the offense in a:*
   ☐ *show-up* ☐ *photo array* ☐ *line-up* ☐ *voice identification*

#2231
**OFFICER'S SIGNATURE**

REV. 03/00



**Rochester Police Department**
185 Exchange Blvd
Rochester, NY 14614

# GUN LOCATE DATA SHEET

Teletype # __04771__

Name of Police Dept Weapon Recovered for __MCSO__

SER # __BRH 4033__    MAK __SW__    MOD ____    CAL __38__    TYP __Revolver__

Make Name __Airweight (not Bodyguard)__

Date of Recovery __8/24/19__  Time __2146__  Location __73 Miller St__
Reporting Officer __LAUREANO__   Car __D67__  Pltn __1__   CR# __19-202259__

Suspect(s)
5/16/94  John Son, Devin 358122 — 2" barrel
— nickel plated

### Try to obtain Owner Information from Original Agency

Owner __DAVID G. HERMAN__
Address __▓▓▓▓▓▓▓▓__  __SWEDEN N/__
Phone # __▓▓▓▓▓▓__   Alternate # ____

Rec'd By __2619__   Teletype Locate Sent By __2619__
Date Rec'd __8/24/19__ Time __2318__ Date Locate Sent __8/25/19__ Time __0002__
Copy of Paperwork given to Property Clerk & Gun Squad   ✓

Miscellaneous Information

585-753-4049        Sheriff's Records                              23:49:38    08-24-2019        1/3

| Monroe County Incident Report | 1.Agency Monroe County Sheriff | 2. Zone/Precinct C | 3. Report Date 10/25/2015 | 4. Report Time 1300 | 5. Incident Type Grand Larceny | 6. Incident No. 15-19.2563 |
|---|---|---|---|---|---|---|

**INCIDENT**

| 7.Date From 10/24/2015 | 8. Time From 1300 | 9. Date To 10/25/2015 | 10.Time To 1280 | 11. Dispatched to (Address) |
|---|---|---|---|---|

12. Incident Address (Street, Bldg. No., Apt. No.)     Sweden     14. Weapon(s)

| 15. OFF. NO. | LAW | SECTION | SUB | CL | CAT | DEG | ATT | NAME OF OFFENSE | CTS |
|---|---|---|---|---|---|---|---|---|---|
| 1. | PL | 155.30 | 7 | E | F | 4 | C | Grand Larceny 4th Degree | 1 |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |

**VICTIM**

| 16. Victim Name (V1) Herman, David, G #12 | 17. (V1) Address (Street City, State, Zip) | 18. Telephone No. W/H/C 737-8737 | A. 01 |
|---|---|---|---|
| 19. Date of Birth 2/9/65 | 20 Age 50 | 21 Sex M☐ F☐ U☐ | 22. Race ☐White ☐Black ☐Indian ☐Asian ☐Unk | 23. Ethnic ☐Hispanic ☐Non-Hispanic ☐Unk. | 24. Residence Status: ☐Temp. Res.-Foreign Nat. ☒Resident ☐Tourist ☐Student ☐Other ☐Commuter ☐Military ☐Homeless ☐Unk. | B. |

25 Victim DID receive information on Victim's Rights and Services pursuant to New York State Law ☐ Yes ☐ NO

**ASSOCIATED PERSONS**

26. R= Reporting Person   W= Witness   PK= Person w/ Knowledge   NI= Not Interviewed   NO= Interview-No Information

| Type /No. | Name (Last, First, Middle) | D.O.B | Sex M/F/U | Race W/B/I A/U | Address | Telephone No. (W/H/C) | 43 |
|---|---|---|---|---|---|---|---|
| N01 | Fox, David | | M | W | Timber Trail | | 56 |
| N02 | Schuler, John | | M | W | Timber Trail | | |
| N03 | Balog, Joseph | | M | W | Timber Trail | | |

**SUSPECT/ARRESTED PERSONS**

| 27. Type/No. S1 | 28. Name (Last, First, Middle) | 29. Alias/ Nickname/ Maiden | 30. Apparent Condition: ☐Impaired Drugs ☐Mental Dis. ☐Unk ☐Impaired Alcoh ☐In/Ill ☐App. Norm | H. |
|---|---|---|---|---|
| 31. Address | | 32. Telephone No. W/H/C | 33. MoRIS No. | 34. Employer/School | I. |

| 35. D.O.B | 36.Age | 37. Sex ☐M ☐F ☐U | 38. Race ☐White ☐Black ☐Asian ☐Indian ☐Unk | 39. Ethnic ☐Hispanic ☐Unk. ☐Non-Hispanic | 40. Build ☐Large ☐Small ☐Medium | 41. Skin color ☐Light ☐Dark ☐Unk. ☐Med. ☐Other | 42. Height ft. in. | 43. Weight lbs. | J. |
|---|---|---|---|---|---|---|---|---|---|
| 44.Hair | 45. Eye Color | 46. Glasses ☐Yes ☐ Contacts ☐No | 47. S/M/T | | 48. Clothing Description | | | | K. |

| 49. Missing Person Code: | 50. Mother's Maiden Name | 51. Misc. (School Dist./ Place of Birth) | 41 |
|---|---|---|---|

**PROPERTY**

| 52. Vict./ Susp.No. | Property Status (TABLE 8) | Property/ Drug Type (TABLE 9) | Quantity/ Measure (TABLE 1) | Color | Make / Model | Serial # / VIN | Description Frame: Include Caliber/Barrel Length & Finish | TT No. | Value | M. |
|---|---|---|---|---|---|---|---|---|---|---|
| V1 | 07 | 39 | | Nickel | Smith+Wesson | Serial# BRH4033 | .38 Caliber AH377 | | $450.00 | |

**VEHICLES**

| 53. Vehicle Status 01 | 54. License Plate FMN7063 | Full ☐ Partial ☐ | 55. Lic State NY | 56. Exp. Yr 2016 | 57. Plate Type Pas | 58. Value 10,000 | 59. Veh. Yr. 2008 | 60. Veh. Color Gray | | 1. |
|---|---|---|---|---|---|---|---|---|---|---|
| 61. Make Kia | 62. Model Sorrento | | 63. Style SUBN | 64. VIN | | | 65. Inventory Search ☐ Yes ☐No | | 2. |
| 66. Towed By: | | 67. Working/Recovery CRS ☐ Hold For: | | | 69. Owner Notified: ☐No ☐ Yes By: | | 70. TT Message # | | 3. |
| To: | | | | | | | | | |

**NARRATIVE**

(V) is the Homeowner of the above address and reports that unknown persons entered his vehicle between the above times. The vehicle was parked in (V)'s driveway. Once inside unknown persons located and stole the above hand gun from the vehicle's middle console. The hand gun is a Smith+Wesson .38 Caliber 2inch Barrel Nickel Plated

False statements made herein are punishable by a Class A Misdemeanor pursuant to the New York State Penal Law

**ADMINISTRATIVE**

| 72. Inquiries ☐ DMV ☐ Want/Warrant ☐ Stolen Property ☐ Other ___ ☐ Tech. By: | ☐ ScofLaw ☐ Crim. Hist | 73. NYSPIN Message # | 74. Complainant's Signature |
|---|---|---|---|
| 75. Reporting Officer's Signature (Print Rank) Deputy/John Schuler DS | 76. Tax ID No. 1992 | 77. Supervisor Signature | 78. ID No. 8447 |
| Cleared By: | | | |
| ☐ Cleared by (☐ check box to right) ☐ Incident ☐ CBI ☐ Warrant Advised | ☐ Arrest-Adult ☐ Death of Offender ☐ Extradition Denied | ☐ Arrest-Juv ☐ Vct. Refused Coop ☐ Unfounded | ☐ Pros Declined ☐ Juv. No Court | 80. Review Date: 10/26/15 | 81. Notified / Turned Over To: FU Dep. Lees-H. Due 11/6/15 |

** Additional Narrative on Addendum   Page 1 of 2

1

585-753-4049    Sheriff's Records                                23:51:02   08-24-2019      2/3

# ADDENDUM  A CONTINUATION OF A Grand Larceny

REPORT
2. CR# 15-192563

3. VICTIM'S NAME (LAST, FIRST, MIDDLE) OR FIRM NAME IF BUSINESS
Herman, David G

4. LOCATION OF INCIDENT (HOUSE NO., STREET, RM)
21 Timber Trail  Suit

5. SEC. C

5. DATE OF INCIDENT
10/25/2015

71 bearing Serial #BRH4033. (V) has a Valid NYS Pistol Permit issued by Monroe County on 1-16-1993. (V)'s Permit Carry number is: 55-93. Teletype #04377 generated by MCSO Records Clerk Mary Raymond.

R/D did contact MCSO Dispatch who in turn conducted a County Wide MDT Broadcast and verbal Broadcast over Channel #1.

(V) did state that his revolver was loaded with five Rounds of .38 Caliber Ammo (V) added that nothing else was stolen from the vehicle.

Earlier in the Morning R/D spoke with two residents from 47 Fairview Drive and 20 Highview Circle which is a few blocks away. Both residents informed R/D that their vehicles were entered overnight and currency was taking. Both residents requested Special Attention to the area. Special Attention form was completed.

(V) truly believes that his Car doors were locked however there were no signs of forced entry.

A Canvass was conducted with no investigative information gained.

8. Inquiries □ DMV □ Want/Warrant □ Scofflaw □ Crim. Hist.     7. NYSPIN Message 8     8. Working Incident No.     9. Date of Suppl'l Report  10/25/2015

10. Reporting Officer Signature (Include Rank)  Deputy D. Legault     11. ID No. 2792     12. Supervisor Signature  Sgt M Scharpfeld     13. ID No. 3447

14. Status: (Circle)  □ Cleared by (check box to right) □ Incident □ CBI □ Warrant Advised
□ Stolen Property □ Other □ Tech Svc
Cleared By: □ Arrest-Adult □ Death of Offender □ Extradition Denied  □ Arrest-Juv □ Vict. Refused Coop □ Unfounded  □ Pros Declined □ Juv No Court

15. Review Date: 10/26/15     16. Notified/Turned Over To  FU Dep Legault Due 11/6/15

Page 2 of 2

585-753-4049    Sheriff's Records                    23:52:05    08-24-2019    3/3

| Monroe County: ☐ Supp. Supp/IA Report ☒ I.A. | 1. Agency Monroe County Sheriff | 2. Original Report Date 10/25/15 | 3. Original Incident Type GL 4 | 4. Original Incident No. 15-192563 |
|---|---|---|---|---|

**INCIDENT**

5. Incident Address (Street, Bldg. No., Apt. No.)  TIMBER TRAIL    6. City, State, Zip  BROCKPORT NY 14420

| ☒ N/R | LAW | SECTION | SUB | CL | CAT | DEG | ATT | NAME OF OFFENSE | CTS |
|---|---|---|---|---|---|---|---|---|---|

**VICTIM**

| 8. Type/No V1 | 9. Victim Name (Last, First, Middle) HERMAN, DAVID, G | 10. Address: (Street, City, State, Zip) C/T/V. 5, 6 | 11. Telephone No: W/H/C [ ]( ) [ ]( ) | H. I. J. K. L. |
|---|---|---|---|---|

| 12. Date of Birth | 13. Age | 14. Sex ☒M ☐F ☐U | 15. Race ☒White ☐Black ☐Indian ☐Asian ☐Unk. | 16. Ethnic ☐Hispanic ☒Non-Hispanic ☐Unk. | 17. Residence Status: ☐Temp. Res.-Foreign Nat. ☒Resident ☐Tourist ☐Student ☐Other ☐Commuter ☐Military ☐Homeless ☐Unk. |
|---|---|---|---|---|---|

| 8. Type/No | 9. Victim Name (Last, First, Middle) | 10. Address: (Street, City, State, Zip) C/T/V | 11. Telephone No: W/H/C [ ]( ) [ ]( ) | H. I. J. K. L. |
|---|---|---|---|---|

| 12. Date of Birth | 13. Age | 14. Sex ☐M ☐F ☐U | 15. Race ☐White ☐Black ☐Indian ☐Asian ☐Unk. | 16. Ethnic ☐Hispanic ☐Non-Hispanic ☐Unk. | 17. Residence Status: ☐Temp. Res.-Foreign Nat. ☐Resident ☐Tourist ☐Student ☐Other ☐Commuter ☐Military ☐Homeless ☐Unk. |
|---|---|---|---|---|---|

**ASSOCIATED PERSONS**

18. R= Reporting Person    Wn= Witness    PK= Person w/ Knowledge    NI= Not Interviewed    NO= Interview- No Information

| Type | Name (Last, First, Middle) | D.O.B. | Sex | Race | Address | Telephone No. (W/H/C) |
|---|---|---|---|---|---|---|
| | | | | | | [ ]( )    ( )( ) |
| | | | | | | [ ]( )    ( )( ) |
| | | | | | | [ ]( )    ( )( ) |

**SUSPECT/ARRESTEE**

| 19. Type/No. | 20. Name (Last, First, Middle) | 21. Alias/ Nickname/ Maiden | 22. Apparent Condition: ☐Impaired Drugs ☐Mental Dis. ☐Unk ☐Impaired Alco ☐Inj/Ill ☐App. Norm |
|---|---|---|---|

| 23. Address | 24. Telephone No. W/H/C [ ]( ) | 25. MoRIS No. | 26. Employer/School |
|---|---|---|---|

| 27. D.O.B. | 28. Age | 29. Sex ☐M ☐F | 30. Race ☐White ☐Black ☐Indian ☐Asian ☐Unk. | 31. Ethnic ☐Hispanic ☐Unk. ☐Non-Hispanic | 32. Build ☐Large ☐Small ☐Medium | 33. Skin Color ☐Light ☐Dark ☐Unk. ☐Med. ☐Other | 34. Height ft/ in. | 35. Weight lbs. |
|---|---|---|---|---|---|---|---|---|

| 36. Hair | 37. Eye Color | 38. Glasses ☐Yes ☐Contacts ☐No | 39. S/M/T | 40. Clothing Description |
|---|---|---|---|---|

| 41. Missing Person Code: | 42. Mother's Maiden Name | 43. Misc. (School Dist./Place of Birth) |
|---|---|---|

**SUSPECT/ARRESTEE**

| 19. Type/No. | 20. Name (Last, First, Middle) | 21. Alias/ Nickname/ Maiden | 22. Apparent Condition: ☐Impaired Drugs ☐Mental Dis. ☐Unk ☐Impaired Alco ☐Inj/Ill ☐App. Norm |
|---|---|---|---|

| 23. Address | 24. Telephone No. W/H/C [ ]( ) | 25. MoRIS No. | 26. Employer/School |
|---|---|---|---|

| 27. D.O.B. | 28. Age | 29. Sex ☐M ☐F | 30. Race ☐White ☐Black ☐Indian ☐Asian ☐Unk. | 31. Ethnic ☐Hispanic ☐Unk. ☐Non-Hispanic | 32. Build ☐Large ☐Small ☐Medium | 33. Skin Color ☐Light ☐Dark ☐Unk. ☐Med. ☐Other | 34. Height ft/ in. | 35. Weight lbs. |
|---|---|---|---|---|---|---|---|---|

| 36. Hair | 37. Eye Color | 38. Glasses ☐Yes ☐Contacts ☐No | 39. S/M/T | 40. Clothing Description |
|---|---|---|---|---|

| 41. Missing Person Code: | 42. Mother's Maiden Name | 43. Misc. (School Dist./Place of Birth) |
|---|---|---|

**NARRATIVE**

44.

PATROL WAS ASSIGNED TO FOLLOW UP WITH (V1) DAVID HERMAN DUE TO THE ORIGINAL R/O RETIRING FROM MCSO. (V1) STATES THAT HE HAS NOTHING NEW TO REPORT AT THIS TIME. THE HANDGUN ORIGINALLY REPORTED STOLEN IS STILL OUTSTANDING. AND TT #4377 IS ACTIVE IN NYSPIN. PATROL REQUESTS OFFICE PENDING FURTHER INFORMATION.

**ADMINISTRATIVE**

| 45. Inquiries ☐DMV ☐Want/Warrant ☐Scofflaw ☐Crim. Hist ☐Stolen Property ☐Other ☐Tech. By: | 46. NYSPIN Message # | 47. Working Incident No. 16-042909 | 48. Date of Supp/IA Report 3/5/16 |
|---|---|---|---|

| 49. Reporting Officer's Signature (Include Rank) ABP CookerHam | 50. ID No. 3838 | 51. Supervisor's Signature | 52. ID No. |
|---|---|---|---|

| 53. Status: ☐Field ☐Cleared by: (check box to right) ☐Incident ☒CBI ☐Warrant Advised | Cleared By: ☐Arrest-Adult ☐Arrest-Juv ☐Death of Offender ☐Extradition Denied | ☐Pros Declined ☐Vict. Refused Coop ☐Juv. No Court ☐Unfounded | 54. Review Date: 3/5/16 | 55. Notified/Turned Over To |
|---|---|---|---|---|

** Additional Narrative on Addendum    Page 1 of 1

1

## Message Header

Type: GunLocate_NYS
From: NY0270100 - Rochester City Police Department
User: gayleg
Received: 08/25/2019 12:02 AM
Subject: Gun Locate SER=BRH4033, OCA=EMSO04377

## Identifying Details

Message Key (MKE): STOLEN GUN, HOLD AND PRESERVE FOR PRINTS - LOCATED
Originating Agency (ORI): NY0270000 - MONROE COUNTY SHERIFFS OFFICE 585-753-4175
ORI Case Number (OCA): EMSO04377
Linking Agency (LKI):
LKI Case Number (LKA):
NIC Number (NIC): G963575003
Notify Originator of All Hits: NO

## Gun Details

Serial Number (SER): BRH4033
Make (MAK): SW
Model (MOD):
Type: PR - PISTOL - REVOLVER
Caliber (CAL): 38

## Incident

Date of Theft (DOT): 10/25/2015
Miscellaneous (MIS):
CR 15 192563 DEP LEGAULT STLN FROM VEHICLE AT 21 TIMBER TRAIL SWEDEN NY

## Located

Recovering Agency (RRI): NY0270100 - ROCHESTER CITY POLICE DEPARTMENT

585-428-7113

RRI Case Number (RCA): EROC04771

Recovery Date (DOR): 08/25/2019

# Other

Destinations: NY0270100 (EROC)

Additional Comments:

19-202259/ PER HIT CONFIRMATION THIS GUN THAT WAS STOLEN FROM YOUR AGENCY
HAS BEEN LOCATED BY OUR AGENCY BY OFC LAUREANO CAR D67 ON 08242019 AT 73
MILLER ST 2146HRS/ GUN WILL BE SECURED IN OUR PROPERTY CLERK OFFICE

Transaction ID: 1c71ce5a-c6ed-11e9-9522-202020201011

eJusticeNY Integrated Justice Portal                                        Page 1 of 1



Property » Gun » Stolen Gun   † Feedback

| Gun | | ▾ ❂ ⚙ |
|---|---|---|
| Inquiry  Entry  Locate  Cancel | | |
| Locate | | |
| Results | | |
| **NYS Gun** | **Locate Successful**  08/25/2019 12:02 AM | |
| | **Serial Number (SER):** BRH4033 | |
| **NCIC Gun** | **Locate Successful**  08/25/2019 12:02 AM | |
| | (more)  (print preview) | |
| **Transaction ID:** 1c71ce5a-c6ed-11e9-9522-202020201011 | | |

About  |   Site Map  |   Site Policies  |                    August 25, 2019 12:02 AM EDT

# Message Header

     Type: HitResponse_Gun
     From: NY0270000 - Monroe County Sheriffs Office
     User: pecchiaa
  Received: 08/24/2019 11:44 PM
    Subject: Hit Confirmation Response Gun SER=BRH4033, MAK=SW

# Caveat Text

\*\*\* HIT CONFIRMATION RESPONSE - THE RECORD BELOW IS : \*\*\* CONFIRMED
\*\*\* \*\*\* STOLEN GUN \*\*\*

# Identifying

ORI Case Number (OCA): EMSO04377
  NIC Number (NIC): G963575003

# Gun

Serial Number (SER): BRH4033
  Make (MAK): SW - BODYGUARD
  Model (MOD):
  Caliber (CAL): 38

# Confirmation

    Confirmer (CAN): PECCHIA, TONY
  Confirming Agency Name: MONROE COUNTY SHERIFFS OFFICE
  Callback Number (PHO): ▮▮▮▮▮▮▮
       Fax: ▮▮▮▮▮▮▮
Confirmation Status (CON): YES - HIT IS CONFIRMED

# Other

Remarks: AS PER OUR CONVERSATION, THE HIT IS CONFIRMED FOR A SW .38
      CALIBER 2 INCH BARREL NICKEL REVOLVER AND I WILL FAX A
      COPY OF THE REPORT OVER
Destinations: NY0270000 (EMSO), NY0270100 (EROC), NY0270000 (EMSO)

Transaction ID: aa60ad1e-c6ea-11e9-b147-202020202511

 

| Page 1 of 1 | | ROCHESTER POLICE DEPARTMENT | CR # |
|---|---|---|---|
| | | INVESTIGATIVE ACTION REPORT<br>NARRATIVE ONLY | 2019-00202259 |

| DETAIL | Victim's Name (Last, First, Middle) or Name of Business<br>COR | Location of Offense<br>73 MILLER ST | Beat<br>267 |
|---|---|---|---|
| | Date/Time of Occurrence<br>08/24/2019 21:46 | Offense / Charge / Incident (Most Recent Classification)<br>CPW 2, CPW 3, CPSP 4, OGA 2, RESISTING | |

**NARRATIVE**

On the above date and time, I responded to the area of Portland Av./Clifford Av. to assist Ofc. P. Perelli with a suspicious vehicle. The vehicle, bearing NYS registration GPB2190, left the area e/b on Clifford Av. I caught up to the vehicle a short distance later on Miller St. The vehicle quickly pulled to the curb in front of 73 Miller St. but failed to signal to the curb. I activated my emergency equipment and stopped the vehicle for the NYS VTL violation.

A male driver exited the vehicle and immediately fled from me on foot s/b down Miller St. I took the male into custody a short distance later in front of 13 Wright Te. The male was later identified to be Johnson (A). (A) was searched and placed in the rear of D37D. I relocated to 73 Miller St. to finish my traffic investigation and speak with the officers who stood by with the suspect vehicle.

I relocated to the 4th floor of the PSB to complete paperwork pertaining to this investigation. I contacted city records to have them run the serial number of the handgun (#BRH4033) that was recovered as a result of this investigation. City records confirmed that the handgun was stolen. MSCO reported the firearm stolen out of Sweeden, NY on 10/25/15.

| Reporting Officer<br>LAUREANO        JONATHAN | IBM #<br>2231 | Date<br>08/25/2019 | Reviewed By<br>BERG, KARL F. |
|---|---|---|---|



**2019-1091**

**SUBJECT**

Page 1 of 2

**Check if Taser was deployed**

| 1. LAST NAME Johnson | FIRST NAME Devin | M.I. S | 2. DATE 8/24/19 | 3. TIME 2147 | 4. CR # 19-202259 |
|---|---|---|---|---|---|

| 5. DOB ▓▓▓ | 6. SEX Male | 7. RACE Black | 8. HEIGHT 5'11" | 9. WEIGHT 200 | 10. INCIDENT LOCATION 13 Wright Te | BEAT 267 |
|---|---|---|---|---|---|---|

**11. ARREST?** ☐ NO – release approved by: ☒ YES – charges: CPW 2, CPW 3, CPSP 4, OGA 2, RESISITING ARREST

---

**12. SUBJECT'S ACTIONS**

Subject resisted by (check all that apply and explain in narrative)

☒ **Avoiding Custody** (May include: non response, verbal refusal, using body as "dead weight", running/walking away, bracing/tensing body, pulling away, locking arms under body, holding onto a fixed object)

☐ **Assaultive** (May include: fighting stance, combative approach, punching, kicking, biting, tackling)

☐ **Imminent Threat of Deadly Physical Force/Serious Physical Injury (SPI)** (May include: using or threatening to use a firearm/edge weapon/contact weapon in close proximity or while closing the distance/dangerous instrument under circumstances in which it is readily capable of SPI or death. Air/blood choke which creates an imminent risk of SPI or death. Impacts w/o weapon which creates an imminent risk of death or other SPI)

**13. TACTIC EFFECTIVENESS**

Check the appropriate box indicating whether the tactic was used, if the tactic was used write the number (1, 2, 3...) indicating what order the tactics were used in column one (1). In column two (2) write E, for *Effective*, **ME**, for *Moderately Effective* and **NE**, for *Not Effective*.

| | | Order | Effectiveness | | | Order | Effectiveness |
|---|---|---|---|---|---|---|---|
| ☒ | Verbal | 1 | NE | ☐ | Bi-Lateral Compression | | |
| ☐ | Mandibular Angle | | | ☐ | Arm Lock w/Baton | | |
| ☐ | Hypoglossal Nerve | | | ☐ | Front Jab w/Baton | | |
| ☐ | Jugular Notch | | | ☐ | Rear Jab w/ Baton | | |
| ☐ | Clavical Notch | | | ☐ | Forward Strike | | |
| ☐ | Brachial Stun | | | ☐ | Middle Strike | | |
| ☐ | Suprascapular Stun | | | ☐ | Reverse Strike | | |
| ☐ | Jab | | | ☐ | Strong Side Horizontal Strike | | |
| ☐ | Front Kick | | | ☐ | Support Side Horizontal Strike | | |
| ☐ | Straight Punch | | | | | | |
| ☐ | Angle Kick | | | | | | |
| ☐ | Forearm Strike | | | ☐ | OC | | |
| ☐ | Knee Strike | | | ☐ | Taser | | |
| ☐ | Spear | | | ☐ | Bean Bag | | |
| ☐ | Hooking Technique | | | ☐ | Hand Gun | | |
| ☒ | Ground Stabilization (ie. 3-Point Landing, joint manipulation) | 3 | E | ☐ | Long Gun | | |
| | | | | ☒ | Other: See Narrative | 2 | E |
| | | | | ☐ | Other: | | |

---

**14. Narrative** *(If officer is in plainclothes, describe own clothing. If tactic(s) used on subject were ineffective, explain reason(s) why.)*

On the abovae date and time, while working in full uniform, I did stop a suspicious vehicle for NYS VTL violations. The driver, Johnson (S), immediately fled the vehicle on foot and a brief chase ensued. I caught up to (S) on the dead end of Wright Te. (S) was given several commands to stop and get on the ground (1). (S) pretended to comply by getting into a push up position but he didn't allow his chest to touch the ground. As I advanced on (S), he took off running for a second time. I caught up to (S) and performed a tackle (2). I wrapped both of my arms around (S)'s arms/upper body and used my forward momentum, throwing off his balance. We both went to the ground and I ended up on his back. I continued to hold onto (S) until another officer arrived to help me. At that point, I transitioned into a 2-point landing on (S)'s left side (3). While I was in a 2-point landing and maintaining control of (S)'s movemonets, Ofc. P. Perelli handcuffed (S). I assisted (S) to his feet and escorted him to the closest patrol vehicle on Wright Te.

(S) ran out of his shoes during the foot persuit. As a result, (S) sustained a minor cut to his right foot. He was treated on scene by AMR staff. My body camera came off at the beginning of the footchase but it was later recovered in a driveway nearby the intial traffic stop.

---

**Officer:** ☒ Primary Officer   ☐ Assisting Officer   **Name:** Ofc. J. Laureano   **ID#** 2231

**Page 2 of 2**

| 15. Name | ID # | BWC Assigned | BWC Video | Height | Weight | Section | Pltn | Uniform | Injured/ Treated | Cover Page |
|----------|------|--------------|-----------|--------|--------|---------|------|---------|------------------|------------|
| PRIMARY: Ofc. J. Laureano | 2231 | Yes | No | 5'8" | 150 | Clinton | 4th | Yes | No | Yes |
| Ofc. P. Perelli | 2138 | Yes | Yes | 5'7" | 150 | SOD | 4th | Yes | No | No |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**WITNESSES** – Conduct a neighborhood check and indicate with code: W – Witness/Deposed, NI – Not Interviewed, NO – Interviewed/No Information, WR – Witness/Refused Deposition.

| 16. NAME | ADDRESS | DAY PHONE | EVENING PHONE | WITNESS CODE |
|----------|---------|-----------|---------------|--------------|
| No Answer | 13 Wright Te. | - | - | NI |
| No Answer | 17 Wright Te. | - | - | NI |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**MEDICAL**                                              *Attach and forward a copy of all depos to PSS and PDS*

17. Condition of subject: ☒ Sober  ☐ Alcohol Influence  ☐ Intoxicated (alcohol)  ☐ Drugs

18. Subject injured prior to incident: ☒ No  ☐ Yes, describe:

19. Subject injured during incident: ☒ No  ☐ Yes, describe:
    *TASER probe penetration or drive stun marks alone are not considered an injury for Box 19.*

20. TASER probe penetration: ☒ No  ☐ Yes    TASER drive stun: ☐ No  ☐ Yes

21. If subject was exposed to O.C., was subject treated: ☐ No  ☐ Yes  ☐ At hospital  ☐ PSB eyewash station

22. Hospitalization: ☒ No – Reason: No injury reported nor observed.
    ☐ Yes – Transport  via  ☐ RPD vehicle #          ☐ Ambulance Co./Veh #          ☐ Other

23. Hospital: N/A                              24. Attending medical professional: N/A

25. Subject: ☐ Admitted  ☐ Treated and Released  ☒ No Treatment  ☐ Refused    26. Time of treatment/refusal:

27. Witness to refusal:

28. Technician work performed: ☐ No – Reason:
    ☒ Yes by: Ofc. B. Glodowski          ☒ Photos  ☐ Diagram  ☐ Other:

Photos of: ☐ Member(s)                    ☒ Subject  ☐ Other:

29. Reports completed: ☐ Crime       ☐ Incident        ☒ Investigative action
    (DO NOT ATTACH) ☒ Prisoner data  ☐ Addendum(s)    ☒ Technicians report
    ☐ Other:                          ☐ CR #'s:

30. Commanding Officer at scene: Frank Umbrino          Rank: **Captain**      Section: **Clinton**

**ADMINISTRATIVE REVIEW**

31. Reviewing Supervisor: _Sgt. ____ 1848_   Date: _9/27/19_   Training Requested: ☐ Yes*  ☒ No

32. Section Taser Reviewing Supervisor:           Date:           Training Requested: ☐ Yes*  ☐ No

33. Platoon Commanding Officer: _____ 1850   Date: _10/6/19_   Training Requested: ☐ Yes*  ☒ No

* *If training is requested, the Platoon Commanding Officer is responsible to ensure that an Additional Training Report, RPD 1347 is attached for each member that received training.*

| Page 1 of 2 | | **ROCHESTER POLICE DEPARTMENT**<br>**INVESTIGATIVE ACTION REPORT**<br>**CASE UPDATE** | CR #<br>**2019-00202259** |
|---|---|---|---|

**DETAIL**

| Victim's Name (Last, First, Middle) or Name of Business<br>COR | Location of Offense<br>**73 MILLER ST   Rochester** | Beat<br>**267** |
|---|---|---|

| Date/Time of Occurrence<br>**08/24/2019 21:46** | Offense / Charge / Incident (Most Recent Classification)<br>**CPW** | |
|---|---|---|

| Classification After Investigation (Include Law Section Number)<br>**CPW** | | BWC<br>**Yes** |
|---|---|---|

**SUSPECT / MISSING PER**

| Suspect Type | Suspect Name  (Last, First, Middle) | | Nickname |
|---|---|---|---|

| Address | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|---|

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|

| Missing Person Code | Missing Person Mothers Maiden Name | Missing Person Place of Birth | School ID Number |
|---|---|---|---|

**VEHICLE RECOVERY**

| Year | Make | Model | Style | Color |
|---|---|---|---|---|

| State | Registration # | VIN # | Towed to -<br>Towed by - | |
|---|---|---|---|---|

| Location Recovered | Date | Time | Owner Notified by: |
|---|---|---|---|

| Evidence of Damage / Method of Theft | Time Radio Notified of Recovery |
|---|---|

**NARRATIVE**

On 8/24/19 I was in a mark vehicle with Officer J. Rodriguez, Officer Perelli and Officer W. Wagner. We assisted with a traffic stop at 73 Miller St where (A) Devin Johnson ran from a Black Audi Q7 (NY GPB2190). (A) ran E/B between 64 and 66 Miller St. I ran down the driveway of 66 Miller St and (A) was just on the other side of the fence. I paralleled (A) until I lost him when I got near the back fence. It did not appear (A) went north so I went back out to the vehicle. I took over watching the vehicle from Officer Wagner. I conducted an inventory search of the vehicle. With the front passenger seat pulled to the front I noticed a yellow washcloth under the seat. When I pulled this washcloth up I notice a silver revolver. This revolver was in a draw that goes under the front passenger seat. This gun was later recovered the technician. I removed from the vehicle the washcloth that was covering the gun and a Audi key FOB that was in the glove box. I also recovered a pair of black Nike sneakers. (A) was wearing these sneakers and they fell off him in the street after he started to run. These items were turned into the property room as evidence.

**INVESTIGATION**

| Continuance of<br>**Cleared by Arrest - Adult** | Changed to | Closed by |
|---|---|---|

| Exceptional Clearance | Bias Type | Victim Relationship to Suspect |
|---|---|---|

| Property Recovered<br>**Yes** | Value of Property | # Arrested | SRR | Multiple Clearup | Teletype Status |
|---|---|---|---|---|---|

| Additional Techwork Performed | Further Investigation Conducted By |
|---|---|

| Reporting Officer<br>**LISLE          THOMAS** | IBM #<br>**2193** | Date<br>**08/25/2019** | Reviewed By<br>**BERG, KARL F. 08/29/2019** |
|---|---|---|---|

# ROCHESTER POLICE DEPARTMENT
## INVESTIGATIVE ACTION REPORT
### CASE UPDATE

**CR #**
**2019-00202259**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **BWC Video** | | |

| Item Type and Description | | | Color |
|---|---|---|---|
| **Video Recorded by IBM: 2193** | | | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **Clothing Furs** | | |

| Item Type and Description | | | Color |
|---|---|---|---|
| **pair of black nike sneakers** | | | **Black** |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **Clothing Furs** | | |

| Item Type and Description | | | Color |
|---|---|---|---|
| **yellow wash cloth** | | | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **Other Property** | | |

| Item Type and Description | | | Color |
|---|---|---|---|
| **key fob to Audi** | | | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | | | Color |
|---|---|---|---|
| | | | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | | | Color |
|---|---|---|---|
| | | | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | | | Color |
|---|---|---|---|
| | | | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | | | Color |
|---|---|---|---|
| | | | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

**ADDITIONAL PROPERTY**

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| LISLE          THOMAS | 2193 | 08/25/2019 | BERG, KARL F. 08/29/2019 |

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**Page 1 of 4**

**CR #** 2019-00202259

**DETAIL**

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| 11. Weapons Offenses | 08/24/2019 | 21:46 | 08/24/2019 | 21:46 | 08/24/2019 | 21:46 |

Incident Address: **73 Miller ST**  Beat: **267**  Campus Code:

Violent Crime Context:  BWC: **Yes**

**OFFENSES**

Statute - **PL 265.03 03  CF2**    Attempt/Commit - **Completed**    Counts - **1**
Description - **CPW 2nd: Loaded Firearm: Other Than Home/Business**

| Location | Weapon |
|---|---|
| Street-47 | Revolver or Singleshot Pistol-02 |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|
| | | No | No |

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|
| No Bias-Not Applicable-77 | | | |

Statute - **PL 265.02 01  DF3**    Attempt/Commit - **Completed**    Counts - **1**
Description - **CPW 3rd: Previous Conviction**

| Location | Weapon |
|---|---|
| Street-47 | Revolver or Singleshot Pistol-02 |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|
| | | No | No |

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|
| No Bias-Not Applicable-77 | | | |

**VICTIM**

| Victim Type | Victim Name (Last, First, Middle) |
|---|---|
| Society Public-S | City of Rochester |

Address: **185 Exchange BLVD**

| Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|
| | | | | | Not Applicable |

City, State, Zip: **Rochester, NY 14614**

Victim/Offender Relationship (Offender Name, DOB, Relationship)

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|
| (585)428-1110 | Business - NA | Business - NA | Business - NA |

**PERSONS**

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**SUSPECT / MISSING PER**

| Type - S | Suspect Name (Last, First, Middle) | Nickname |
|---|---|---|
| Arrestee | JOHNSON, Devin, S | fly guy |

Address: ~~Rochester, NY 146~~

| Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|
| | | M | B | N | 358122 |

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|
| 6' 0 | 180 | Black | Dread Locks | Hazel | | Medium | Athletic | Goatee | |

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
|---|---|---|
| white/blue tommy hil. lg sleeve, blue jeans | Apparently Normal | T-Neck-"fly guy" 1994 |

Mothers Maiden Name:  Place of Birth:  School Name / ID #:

**INVESTIGATION**

Modus Operandi

| | | |
|---|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? X | 10. Is there significant physical evidence present? X |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been perfomed? X |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

| Case Status | Exceptional Clearance | Assigned Bureau | Review Box |
|---|---|---|---|
| Cleared by Arrest - Adult | | SOS - Tact | Tactical |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| PERELLI | PHILLIP | 2138 | 08/25/2019 | BERG, KARL F. 08/29/2019 |

Incident Report 2019-00202259 Page 1 OF 4

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**CR #**
**2019-00202259**

## ADD'T'L OFFENSE

Statute - **PL 195.05**    **AM2**    Attempt/Commit - **Completed**    Counts - **1**

Description - **Obstruct Governmental Administration 2nd**

| Location | Weapon |
|---|---|
| **Street-47** | |

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|
| | | **No** | **No** |

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|
| **No Bias-Not Applicable-77** | | | |

## VICTIM #2

| Victim Type | Victim Name  (Last, First, Middle) | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Address | Date of Birth | Age | Sex | Race | Ethnicity | Residence Status |
|---|---|---|---|---|---|---|
| | | | | | | |

| City, State, Zip | Victim/Offender Relationship  (Offender Name, DOB, Relationship) |
|---|---|
| | |

| Telephone | Level of Injury | Type of Injury | Medical Treatment |
|---|---|---|---|
| | | | |

## PERSONS

R = Reporting Person    W = Witness    PK = Person w/Knowledge    NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## SUSPECT #2

| Type - | Suspect Name  (Last, First, Middle) | Nickname |
|---|---|---|

| Address | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
|---|---|---|---|---|---|---|
| | | | | | | |

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
|---|---|---|
| | | |

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized Evidence** | **BWC Video** | | |

| Item Type and Description | Color |
|---|---|
| **Video Recorded by IBM: 2138** | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | Color |
|---|---|
| | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

## FIREARM

| Firearm Property Code | Firearm Value | Make | Model | Finish |
|---|---|---|---|---|
| **Stolen** | **$200** | **Smith & Wesson** | | |

| Caliber | Capacity | Type | Action | Serial Number |
|---|---|---|---|---|
| **38** | **5** | **Pistol** | **Revolver** | **brh4033** |

| Description | Recovery Date |
|---|---|
| **loaded with 5 rounds of Winchester .38 caliber** | |

## VEHICLE

| Vehicle Status | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|
| **Involved Vehicle** | **2008** | **Audi** | | **SUV** | **Black** |

| State | Plate Number | VIN # | Recovery Date |
|---|---|---|---|
| **NY** | **GPB2190** | | |

| Additional Description |
|---|
| **Audi Q7** |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **PERELLI** | **PHILLIP** | **2138** | **08/25/2019** | **BERG, KARL F. 08/29/2019** |

| Page 3 of 4 | | ROCHESTER POLICE DEPARTMENT<br>INCIDENT REPORT | CR #<br>2019-00202259 |
|---|---|---|---|

**NARRATIVE**

On the above date myself and other tactical officers were on routine patrol when we first noticed the above vehicle, GPB2190 to a black Audi Q7, at five Lincoln St, which is a known gang location. As officers were pulling up to the location (a), Devin Johnson, exited the driverside of the vehicle and walked up to the house. No one else was observed inside the vehicle at the time. A short time later the same vehicle was observed stopped at the gas pumps located at 540 Portland Ave. When officers turned around on the vehicle, Johnson again exited the driverside of the vehicle and walked into the store. No one else was observed exiting or getting into the vehicle. At this point officers began surveillance on the vehicle.

While conducting surveillance Johnson was witnessed exiting the store but walked to the sidewalk instead of the vehicle. Through Johnson's actions it was believed that he as attempting to avoid officers and separate himself from the vehicle. The city camera was utilized to watch Johnson so officers could get out of the area and out of his line of sight. No more than a minute after officers moved did Sgt Robinson radio that Johnson was back to his vehicle and traveling e/b on Clifford Ave.

Officer Laureano was able to get behind Johnson as he was s/b on Miller St and witnessed a V&T violation (see IAR). Johnson immediately got out of his vehicle and began to flee s/b on Miller St. After a foot chase Johnson was taken into custody at 13 Wright ter.

Johnson was found to be on parole for cpw 2nd and had a suspended non-driver ID only.

During the course of an inventory search of the vehicle officer Lisle located a smith & wesson airweight revolver (see IA).

Technician Muller responded to and processed the scene. The revolver was loaded with 5 winchester .38 caliber rounds and was found to be stolen out of Sweden, NY. The serial number was also defaced on the bottom handle.

I did locate a cell phone under a vehicle at 64 Miller, which is the path that Johnson fled. I photographed the cell phone and ended up turning it over to Invs Brennan.

Johnson was transported to the PSB 4th floor were he was interviewed by Investigators Brennan and Galetta.

Johnson was eventually transported to booking without incident.

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| PERELLI | PHILLIP | 2138 | 08/25/2019 | BERG, KARL F. 08/29/2019 |

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

**CR #**
**2019-00202259**

| | | |
|---|---|---|
| Statute - PL 205.30    AM0 | Attempt/Commit - **Completed** | Counts - **1** |
| Description - **Resisting Arrest** | | |

| Location | Weapon |
|---|---|
| **Street-47** | |

| Larceny Type | Aggravated Assault Circumstances | Gang Related **No** | Computer **No** |
|---|---|---|---|

| Bias Type **No Bias-Not Applicable-77** | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| | | |
|---|---|---|
| Statute - PL 265.02  03  DF3 | Attempt/Commit - **Completed** | Counts - **1** |
| Description - **CPW 3rd: Defaced For Concealment** | | |

| Location | Weapon |
|---|---|
| **Street-47** | **Revolver or Singleshot Pistol-02** |

| Larceny Type | Aggravated Assault Circumstances | Gang Related **No** | Computer **No** |
|---|---|---|---|

| Bias Type **No Bias-Not Applicable-77** | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

**ADDITIONAL OFFENSES**

| | | |
|---|---|---|
| Statute - | Attempt/Commit - | Counts - |
| Description - | | |

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| | | |
|---|---|---|
| Statute - | Attempt/Commit - | Counts - |
| Description - | | |

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| | | |
|---|---|---|
| Statute - | Attempt/Commit - | Counts - |
| Description - | | |

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| | | |
|---|---|---|
| Statute - | Attempt/Commit - | Counts - |
| Description - | | |

| Location | Weapon |
|---|---|

| Larceny Type | Aggravated Assault Circumstances | Gang Related | Computer |
|---|---|---|---|

| Bias Type | Entry Point | Method of Entry | # of Premises Entered |
|---|---|---|---|

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **PERELLI** | **PHILLIP** | **2138** | **08/25/2019** | **BERG, KARL F. 08/29/2019** |

| Page 1 of 2 | | ROCHESTER POLICE DEPARTMENT PRISONER DATA REPORT | MoRIS # 358122 |
|---|---|---|---|

**ARRESTEE INFORMATION**

| Prisoner Name (Last, First, Middle Suffix) **Johnson, Devin, S** | | | | | | | | Original CR# **2019-00202259** |
|---|---|---|---|---|---|---|---|---|

| Alias and/or Maiden Name (Last, First, Middle, Suffix) | | Nickname | | | Social Security # | | Arrest CR# **2019-** |
|---|---|---|---|---|---|---|---|

| Address ~~13 TRAILWOOD CIRCLE~~ **Rochester, 146██** | | | Phone # Home | | |
|---|---|---|---|---|---|

| Date of Birth | Age **25** | Sex **M** | Race **B** | Height **6'0** | Weight **180** | Hair Color **Black** | Hair Length **Dread Locks** | Eye Color **Hazel** | Complexion **Dark** | Build **Thin** |
|---|---|---|---|---|---|---|---|---|---|---|

| Facial Hair **Goatee** | Ethnicity **Non Hispanic** | Residence Status **Resident** | Citizen | Place of Birth (City, State or Country) **Rochester** | Court Supervision **Parole** |
|---|---|---|---|---|---|

| Glasses **No** | Gang Affiliation | Religion **Other** | Education Level **GED** | Scars, Marks or Tattoos **T-Neck-"Fly guy"** |
|---|---|---|---|---|

| Dominant Hand **Left** | Military Service? **None** | Marital Status | # of Children **1** | |
|---|---|---|---|---|

**ARREST INFORMATION**

| Address of Crime **73 MILLER ST** | | Date of Crime **08/25/2019** | Address of Arrest **13 WRIGHT TER** | | Date of Arrest **08/25/2019** | Time of Arrest **21:49** | Beat **267** |
|---|---|---|---|---|---|---|---|

| Arrest Type **Crime in Prog (Yes BWC** | App Ticket # | Arresting Officer #1 **PERELLI** | IBM # **2138** | Arresting Officer #2 **LAUREANO** | IBM # **2231** |
|---|---|---|---|---|---|

| Statute - **PL 265.03 03 CF2** | Attempt/Commit - **Completed** | Counts - **1** | Larceny Type - |
|---|---|---|---|
| Description - **CPW 2nd: Loaded Firearm: Other Than Home/Business** | | | |
| Statute - **PL 265.02 01 DF3** | Attempt/Commit - **Completed** | Counts - **1** | Larceny Type - |
| Description - **CPW 3rd: Previous Conviction** | | | |
| Statute - **PL 265.02 03 DF3** | Attempt/Commit - **Completed** | Counts - **1** | Larceny Type - |
| Description - **CPW 3rd: Defaced For Concealment** | | | |
| Statute - **PL 165.45 04 EF4** | Attempt/Commit - **Completed** | Counts - **1** | Larceny Type - |
| Description - **Criminal Possession of Stolen Property 4th: Firearms** | | | |
| Statute - **VTL1163 0C I0** | Attempt/Commit - **Completed** | Counts - **1** | Larceny Type - |
| Description - **Illegal Signal:Stop/Slow Without Signaling** | | | |
| Statute - **PL 195.05 AM2** | Attempt/Commit - **Completed** | Counts - **1** | Larceny Type - |
| Description - **Obstruct Governmental Administration 2nd** | | | |
| Statute - **PL 205.30 AM0** | Attempt/Commit - **Completed** | Counts - **1** | Larceny Type - |
| Description - **Resisting Arrest** | | | |

| Arrestee Weapon Information **None Not Applicable** | Searched Completed By **LAUREANO** | IBM# **2231** | Fingerprintable? **Yes** | Positive ID? **Yes** | Wanted by Other Jurisdiction? |
|---|---|---|---|---|---|

**REMARKS**

**(A) was the driver of a vehicle containing a loaded, stolen, defaced .38 caliber revolver**

**CONTACT INFO**

| Occupation **Steel hanger** | Employer **Nordon** | Address **EXCHANGE BLVD Rochester, NY** | Phone # |
|---|---|---|---|
| Mother's Name **Johnson, Jacqueline,** | | Address **██ ELMWOOD AVE Rochester, NY** | Phone # |
| Father's Name **GRANT, DEMETRIUS,** | | Address **UNKNOWN Rochester, NY** | Phone # |
| Spouse/Girlfriend/Boyfriend Name **Single,** | | Address **Rochester, NY** | Phone # |

**JAIL INFO**

| Searched by Jail | Amount of Money | Released to Custody of | | Date | Time |
|---|---|---|---|---|---|
| Released on Bail | Bail Amount | Released By | | | |

| Booking Deputy's Remarks / Signature & ID# (Include Medical Notes, Injuries, Etc.) | VICTIM OFFENDER RELATIONSHIP **Relationship Unknown-40** |
|---|---|

PDR 20190020225 Page 1 OF 2

| Page 2 of 2 | |  | ROCHESTER POLICE DEPARTMENT<br>PRISONER DATA REPORT | MoRIS #<br>**358122** |
| --- | --- | --- | --- | --- |

| Statute - **VTL0509   01   I0** | Attempt/Commit - **Completed** | Counts - **1** | Larceny Type - |
| --- | --- | --- | --- |
| Description - **Motor Vehicle License Violation:No License** | | | |
| Statute - | Attempt/Commit - | Counts - | Larceny Type - |
| Description - | | | |
| Statute - | Attempt/Commit - | Counts - | Larceny Type - |
| Description - | | | |
| Statute - | Attempt/Commit - | Counts - | Larceny Type - |
| Description - | | | |
| Statute - | Attempt/Commit - | Counts - | Larceny Type - |
| Description - | | | |
| Statute - | Attempt/Commit - | Counts - | Larceny Type - |
| Description - | | | |
| Statute - | Attempt/Commit - | Counts - | Larceny Type - |
| Description - | | | |
| Statute - | Attempt/Commit - | Counts - | Larceny Type - |
| Description - | | | |
| Statute - | Attempt/Commit - | Counts - | Larceny Type - |
| Description - | | | |
| Statute - | Attempt/Commit - | Counts - | Larceny Type - |
| Description - | | | |
| Statute - | Attempt/Commit - | Counts - | Larceny Type - |
| Description - | | | |
| Statute - | Attempt/Commit - | Counts - | Larceny Type - |
| Description - | | | |
| Statute - | Attempt/Commit - | Counts - | Larceny Type - |
| Description - | | | |
| Statute - | Attempt/Commit - | Counts - | Larceny Type - |
| Description - | | | |
| Statute - | Attempt/Commit - | Counts - | Larceny Type - |
| Description - | | | |
| Statute - | Attempt/Commit - | Counts - | Larceny Type - |
| Description - | | | |
| Statute - | Attempt/Commit - | Counts - | Larceny Type - |
| Description - | | | |
| Statute - | Attempt/Commit - | Counts - | Larceny Type - |
| Description - | | | |
| Statute - | Attempt/Commit - | Counts - | Larceny Type - |
| Description - | | | |
| Statute - | Attempt/Commit - | Counts - | Larceny Type - |
| Description - | | | |
| Statute - | Attempt/Commit - | Counts - | Larceny Type - |
| Description - | | | |
| Statute - | Attempt/Commit - | Counts - | Larceny Type - |
| Description - | | | |
| Statute - | Attempt/Commit - | Counts - | Larceny Type - |
| Description - | | | |
| Statute - | Attempt/Commit - | Counts - | Larceny Type - |
| Description - | | | |
| Statute - | Attempt/Commit - | Counts - | Larceny Type - |
| Description - | | | |
| Statute - | Attempt/Commit - | Counts - | Larceny Type - |
| Description - | | | |

*ADDITIONAL CHARGES*

| Page 1 of 1 |  | **ROCHESTER POLICE DEPARTMENT**<br>**INVESTIGATIVE ACTION REPORT**<br>**NARRATIVE ONLY** | CR #<br>**2019-00202259** |

**DETAIL**

| Victim's Name (Last, First, Middle) or Name of Business | Location of Offense | Beat |
|---|---|---|
| **City of Rochester** | **73 MILLER ST** | **267** |

| Date/Time of Occurrence | Offense / Charge / Incident (Most Recent Classification) |
|---|---|
| **08/24/2019 21:46** | **CPW 2nd, CPW 3rd, CPSP 4th** |

**NARRATIVE**

On today's date, Tactical officers Jose Rodriguez, Lisle, Perelli and I were on routine patrol in the area of Lincoln St and Merrimac St when we observed the listed vehicle, a 2008 Audi Q7 bearing NY registration GPB2190. The vehicle was pulled to the curb in the area of 5 Lincoln St and a male later identified as (A) got out of the vehicle and began walking towards the house. As we passed by the vehicle, we noticed (A) had left the vehicle running, unattended, with the music on at a very loud volume.

By the time we observed all of this, (A) was out of sight.

A short time later, I observed the vehicle at the gas station at Portland and Clifford. I notified the rest of the guys and we turned up Portland Av. As we did so, I again saw (A), the lone occupant, get out of the vehicle and walk towards the store.

We were able to stop the vehicle with assisting officers as it left the gas station and turned onto Miller St. We were the second vehicle behind (A)'s Audi and I observed him exit the vehicle and flee on foot. He ran out of his shoes, which were left in the middle of Miller St, and continue behind 64 Miller St.

Multiple officers began pursuing (A) so I remained with the Audi that (A) fled from. There were no other occupants in the vehicle. I briefly checked the vehicle for any contrband in plain sight while assisting officers were pursuing (A).

Once he was in custody, Ofc. Lisle returned to the vehicle and searched the vehicle discovering the handgun.

I had no further involvement.

| Reporting Officer | | IBM # | Date | Reviewed By | |
|---|---|---|---|---|---|
| **WAGNER** | **WILLIAM** | **2334** | **08/24/2019** | **BERG, KARL F.** | |

IAR Narrative Only 2019-00202259 Page 1 OF 1

| Page 1 of 3 | ROCHESTER POLICE DEPARTMENT | CR # |
| --- | --- | --- |
| | INVESTIGATIVE ACTION REPORT<br>CASE UPDATE | 2019-00202259 |

**DETAIL**

| Victim's Name (Last, First, Middle) or Name of Business | Location of Offense | Beat |
| --- | --- | --- |
| COR | 73 Miller ST   Rochester | 267 |

| Date/Time of Occurrence | Offense / Charge / Incident (Most Recent Classification) |
| --- | --- |
| 08/24/2019 21:46 | CPW 2nd, CPW 3rd, OGA, Resisting |

| Classification After Investigation (Include Law Section Number) | BWC |
| --- | --- |
| CPW 2nd, CPW 3rd, OGA, Resisting | Yes |

**SUSPECT / MISSING PER**

| Suspect Type   S | Suspect Name (Last, First, Middle) | | | | Nickname | |
| --- | --- | --- | --- | --- | --- | --- |
| Arrestee | Johnson, Devin, S | | | | | |

| Address | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Rochester, NY 146██ | | ██████████ | 25 | M | B | N | 358122 |

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 6' 0 | 180 | Black | Dread Locks | Hazel | No | Medium | Athletic | Goatee | |

| Clothing, Jewelry, Distinguishing Features | Offender Condition | Scars, Marks, Tattoos |
| --- | --- | --- |
| White/ Navy Long Sleeve Shirt, Blue Jeans | Apparently Normal | |

| Missing Person Code | Missing Person Mothers Maiden Name | Missing Person Place of Birth | School ID Number |
| --- | --- | --- | --- |
| | | | |

**VEHICLE RECOVERY**

| Year | Make | Model | Style | Color |
| --- | --- | --- | --- | --- |
| | | | | |

| State | Registration # | VIN # | Towed to - | |
| --- | --- | --- | --- | --- |
| | | | Towed by - | |

| Location Recovered | Date | Time | Owner Notified by: |
| --- | --- | --- | --- |
| | | | |

| Evidence of Damage / Method of Theft | Time Radio Notified of Recovery |
| --- | --- |
| | |

**NARRATIVE**

On August 24th 2019 at approximately 2146 hours I assisted with this traffic stop at 73 Miller St. I heard on the radio that the suspect, (A) Johnson, was running east from that location. I pulled onto Wright Ter as (A) Johnson was being taken into custody. I took custody of (A) Johnson from Ofc Laureano and Rodriguez and secured him in my patrol vehicle. I took custody of a wallet and set of keys from Ofc Laureano and Rodriguez. I gathered pedigree information from (A) Johnson; Devin S Johnson ██/██/██ ████████████. I noticed that (A) Johnson had several tattoos on his neck including "Fly Guy" and "1994".

I ran (A) Johnson on records and learned that he was on Parole for CPW 2nd. (A) Johnson had two cuts to the bottom of his feet which were cleaned out and bandaged by AMR Rig 7769 at 2213 hours. Once (A) Johnson was treated by AMR I transported him to the Clinton Section Office and secured him in interview room 123. Once at the Clinton Section Office Inv Rohr instructed me to transport (A) Johnson to the PSB 4th Floor. Prior to transporting (A) Johnson to the PSB I gave him a bottle of water. I then transported (A) Johnson to the PSB and secured him in interview room 450.

**INVESTIGATION**

| Continuance of | Changed to | Closed by |
| --- | --- | --- |
| Cleared by Arrest - Adult | Cleared by Arrest - Adult | Cleared by Arrest - Adult |

| Exceptional Clearance | Bias Type | Victim Relationship to Suspect |
| --- | --- | --- |
| | | |

| Property Recovered | Value of Property | # Arrested | SRR | Multiple Clearup | Teletype Status |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

| Additional Techwork Performed | Further Investigation Conducted By |
| --- | --- |
| | |

| Reporting Officer | | IBM # | Date | Reviewed By |
| --- | --- | --- | --- | --- |
| GLODOWSKI | BRANDON | 2483 | 08/24/2019 | ROBINSON, JEREMY 08/25/2019 |

IAR Case Update 2019-00202259 Page 1 OF 3



**ROCHESTER POLICE DEPARTMENT**
**INVESTIGATIVE ACTION REPORT**
**CASE UPDATE**

| Page 2 of 3 | | CR # 2019-00202259 |
| --- | --- | --- |

**NARRATIVE**

During the transports I had casual conversation with (A) Johnson about his family and work.

| Reporting Officer | IBM # | Date | Reviewed By |
| --- | --- | --- | --- |
| GLODOWSKI          BRANDON | 2483 | 08/24/2019 | ROBINSON, JEREMY 08/25/2019 |



| Page 3 of 3 | | **ROCHESTER POLICE DEPARTMENT**<br>INVESTIGATIVE ACTION REPORT<br>CASE UPDATE | | CR #<br>**2019-00202259** |

| Property Code<br>**Seized Evidence** | Property Type<br>**BWC Video** | Property Value | Serial Number | |
|---|---|---|---|---|
| Item Type and Description<br>**Video Recorded by IBM: 2483** | | | | Color |
| Quanity<br>**1** | Unit of Measure<br>**Item(s)** | Measurement Source | Drug Type | |

| Property Code | Property Type | Property Value | Serial Number | |
|---|---|---|---|---|
| Item Type and Description | | | | Color |
| Quanity | Unit of Measure | Measurement Source | Drug Type | |

| Property Code | Property Type | Property Value | Serial Number | |
|---|---|---|---|---|
| Item Type and Description | | | | Color |
| Quanity | Unit of Measure | Measurement Source | Drug Type | |

| Property Code | Property Type | Property Value | Serial Number | |
|---|---|---|---|---|
| Item Type and Description | | | | Color |
| Quanity | Unit of Measure | Measurement Source | Drug Type | |

| Property Code | Property Type | Property Value | Serial Number | |
|---|---|---|---|---|
| Item Type and Description | | | | Color |
| Quanity | Unit of Measure | Measurement Source | Drug Type | |

| Property Code | Property Type | Property Value | Serial Number | |
|---|---|---|---|---|
| Item Type and Description | | | | Color |
| Quanity | Unit of Measure | Measurement Source | Drug Type | |

| Property Code | Property Type | Property Value | Serial Number | |
|---|---|---|---|---|
| Item Type and Description | | | | Color |
| Quanity | Unit of Measure | Measurement Source | Drug Type | |

| Property Code | Property Type | Property Value | Serial Number | |
|---|---|---|---|---|
| Item Type and Description | | | | Color |
| Quanity | Unit of Measure | Measurement Source | Drug Type | |

| Reporting Officer<br>**GLODOWSKI    BRANDON** | IBM #<br>**2483** | Date<br>**08/24/2019** | Reviewed By<br>**ROBINSON, JEREMY 08/25/2019** |
|---|---|---|---|

ADDITIONAL PROPERTY

Form CS9011 (11/18)

STATE OF NEW YORK
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION (DOCCS)
**NOTICE OF VIOLATION**

TO: _Johnson, Devin_    INST.# _13B0447_

WARRANT# _821558_    NYSID# _116 50150 2_

You are charged with violating the conditions of your release in the manner specified on the attached violation of release report.

A preliminary hearing on these charges has been scheduled on _9/3/19_ at _9 Am_ at _MCSD-Contact Visit Room_
  Date    Time    Place

Should you waive a preliminary hearing or should probable cause be found at this hearing that you have violated any condition of your release in an important respect, a

final hearing on these charges will be held on _9/12/19_ at _9:00 Am_ at _MCSD-Contact Visit Room_
  Date    Time    Place

In the event that your return to the State of New York cannot be effected for the hearing as scheduled above due to circumstances beyond the Department's control, you will be afforded a preliminary hearing and final revocation hearing at such time as you may become available for return on the Department's warrant.

You have the right to a preliminary and final revocation hearing. A preliminary hearing may be held to determine whether there is probable cause to believe that you violated one or more of the conditions of your release in an important respect. At this hearing you are entitled to appear and speak on your own behalf; introduce letters and documents; present witnesses who can give relevant information; and confront and cross-examine adverse witnesses. Proof of your conviction of a crime committed after your release shall constitute probable cause for the purpose of the preliminary hearing. You may be represented by counsel. It is your responsibility to obtain counsel. Your waiver of this preliminary hearing is the equivalent to a finding of probable cause.

In the event you are convicted of either a misdemeanor or a felony offense committed while under community supervision and a preliminary hearing has not been completed, you will not be entitled to the preliminary hearing on the basis of the new conviction. Any preliminary hearing which may have been scheduled may therefore be cancelled upon your conviction for such misdemeanor or felony.

Following the establishment of probable cause, the Board of Parole or its designee will review your case and may order that you be held for a final revocation hearing.

At the final revocation hearing, the presiding officer will determine whether there is a preponderance of evidence to support each of the charged violations. At this hearing, you have the right to be represented by counsel; to speak on your own behalf; have the right to introduce letters and documents; present witnesses who can give relevant information; and confront and cross-examine adverse witnesses against you. At this hearing, you also have the right to present mitigating evidence relevant to your restoration to community supervision.

In the event you are convicted of a felony offense committed while under community supervision and you receive a new indeterminate or determinate sentence, any final revocation hearing which has been scheduled for you may be cancelled. In such instances, the Board of Parole may issue a final declaration of delinquency based upon that conviction and sentence.

In the event the Board of Parole issues a final declaration of delinquency, you will be served with a copy of that determination together with a copy of the commitment.

Should you be convicted of a crime committed after your release, it is the intention of the Department of Corrections and Community Supervision to introduce evidence of your conviction at the time of your revocation hearing.

A request to adjourn either scheduled hearing should be made in the case of a preliminary hearing, at least three (3) days, and in the case of a final hearing, at least seven (7) days prior to the hearing, in writing, to the local area office. Requests for adjournments made at the hearing will only be granted for good cause shown.

Violation of Release Report received:

X _____    _8-23-19_
         Signature                              Date

All persons charged with a violation are required to be present at all proceedings regarding that violation of community supervision which are authorized by the Board of Parole. Any voluntary failure on your part to be present at any of these proceedings may result in a finding that your failure to appear was a voluntary, knowing and intelligent waiver of your right to appear. Should such a finding be made, a hearing in absentia can be held and a final determination be made regarding the charges pending against you, including, if necessary, a time assessment because of the violation of community supervision.

☒ I **DO** wish to have a preliminary hearing    ☐ I do **NOT** wish to have a preliminary hearing

_8-23-19_
Date                                          X _____
                                                   Signature of Releasee
_8-21-19_
Date                                          _____
                                                   Signature of Witness

If you cannot afford an attorney and wish to have counsel at your preliminary hearing, sign and detach this form. It is your responsibility to mail the form to the address shown on the form. If you request counsel at your preliminary hearing, you must mail this form **IMMEDIATELY**.

TO: _Office of the Public Defender_    RE: _____
    _10 N. Fitzhugh St_                                    Name
    _Rochester, NY 14614_            WARRANT# _____

I am an alleged community supervision violator being held at: _____

_____

I am scheduled for a preliminary hearing to be held on _____ at _____ at _MCSD-Contact Visit Room_
                                                            Date    Time    Place

I have waived my preliminary hearing. A final hearing has been scheduled for _____
                                                                                        Date

at _____ at _MCSD-Contact Visit Room_
   Time    Place

I cannot afford an attorney and request that I be assigned counsel.
                Releasee _____
                                    Name

 **Corrections and Community Supervision** 

### VIOLATION OF RELEASE REPORT

### CHARGE SHEET

**Warrant Issued:** ☒                                    **No Warrant Issued:** ☐

Name: Johnson, Devin                          Date Released: 2/2/2018

NYSID: 11650150Z                              Date of Warrant: 8/25/2019

DIN: 13B0447                                  Warrant #: 821558

DOCCS Releasing                               Date Warrant Enforced: 8/25/2019
Facility: Attica C.F

Date of Birth ▓▓▓▓▓▓                          Location Warrant Enforced: Monroe
                                              County Jail

COMPAS Level: 2                               Sexually Motivated Felony: No

                                              Delinquency Date: 8/24/2019

| Instant Offense | Sentence |
|---|---|
| Criminal Possession of a Weapon 2nd<br>Robbery 2nd<br>Grand Larceny 4th | 0-0-0/4-0-0 w/5-0-0 PRS<br>0-0-0/6-0-0 w/5-0-0 PRS (cc)<br>1-4-0/4-0-0 (cc) |

Time on Community Supervision: 1 Years 06 Months 22 Days

Since his release, the above-named individual has violated the Conditions of Release in the following manner:

| | |
|---|---|
| CHARGE # 1 | Devin Johnson violated Rule # 8 of the Conditions of Release when his behavior violated the provisions of law to which he is subject which provides for a penalty of imprisonment in that on or about 8/24/2019 at approximately 9:46 P.M., at 73 Miller St., Rochester N.Y., he was in possession of a loaded .38 Cal. Smith and Wesson revolver. Subsequently being charged with Criminal Possession of a Weapon 2nd. |
| CHARGE # 2 | Devin Johnson violated Rule # 8 of the Conditions of Release when his behavior violated the provisions of law to which he is subject which provides for a penalty of imprisonment in that on or about 8/24/2019 at approximately 9:46 P.M., at 73 Miller St., Rochester N.Y., he was in possession of a loaded .38 Cal. Smith and Wesson revolver with the serial number scratched off. Subsequently being charged with Criminal Possession of a Weapon 3rd. |
| CHARGE # 3 | Devin Johnson violated Rule # 8 of the Conditions of Release when his behavior violated the provisions of law to which he is subject which provides for a penalty of imprisonment in that on or about 8/24/2019 at approximately 9:46 P.M., at 73 Miller St., Rochester N.Y., he was in possession of a .38 Cal. Smith and Wesson revolver which was reported stolen. Subsequently being charged with Criminal Possession of a Stolen Property 4th. |
| CHARGE # 4 | Devin Johnson violated Rule # 8 of the Conditions of Release when his behavior violated the provisions of law to which he is subject which provides for a penalty of imprisonment in that on or about 8/24/2019 at approximately 9:46 P.M., at 73 Miller St., Rochester N.Y., he was operating a motor vehicle and pulled to the curb upon being stopped by Rochester Police at which time he fled from the vehicle. Subsequently being charged with Obstructing Governmental Administration. |

CS4003

**NEW YORK STATE** | **Corrections and Community Supervision**

| | |
|---|---|
| CHARGE # 5 | Devin Johnson violated Rule # 8 of the Conditions of Release when his behavior violated the provisions of law to which he is subject which provides for a penalty of imprisonment in that on or about 8/24/2019 at approximately 9:46 P.M., at 73 Miller St., Rochester N.Y., he was operating a motor vehicle and pulled to the curb upon being stopped by Rochester Police at which time he fled from the vehicle and was taken into custody at 13 Wright Terrace. Subsequently being charged with Resisting Arrest. |
| CHARGE # 6 | Devin Johnson violated Rule # 8 of the Conditions of Release when his behavior threatened the safety or wellbeing of himself or others in that on or about 8/24/2019 at approximately 9:46 P.M., at 73 Miller St. Rochester N.Y., he fled from officers causing officers to pursue on foot. |
| CHARGE # 7 | Devin Johnson violated Rule # 9 of the Conditions of Release in that on or about 8/24/2019 at approximately 9:46 P.M., at 73 Miller St., Rochester N.Y., he possessed a loaded .38 Caliber Smith and Wesson Airweight revolver without the written permission of his Parole Officer. |
| CHARGE # 8 | Devin Johnson violated Rule # 13-GC13 of the Conditions of Release in that on or about 8/24/2019 he failed to fully comply with the instructions of the Parole Officer and/or the special additional written conditions that were imposed when he was outside his parole approved address of 3-B Strathmore Circle Rochester N.Y., at 9:46 P.M. in violation of his 8 PM to 8 AM curfew. |
| CHARGE # 9 | Devin Johnson violated Rule # 13-GC20 of the Conditions of Release in that on or about 8/24/2019 he failed to fully comply with the instructions of the Parole Officer and/or the special additional written conditions that were imposed when he was in possession of ammunition which was in loaded in a .38 Cal Smith and Wesson Airweight revolver. |
| CHARGE # 10 | Devin Johnson violated Rule # 13-GC23 of the Conditions of Release in that on or about 8/24/2019 he failed to fully comply with the instructions of the Parole Officer and/or the special additional written conditions that were imposed when he operated a 2008 Audi Q7 without permission from his Officer to operate a motor vehicle. |

## POSSIBLE WITNESSES

R. Masucci - PO
R. McElwain - PO
M. Richards - PO
Ofc. Phillip Perelli - RPD
Ofc. J. Laureano - RPD

## DOCUMENTS PROVIDED AT TIME OF SERVICE

Certificate of Release to Post-Release Supervision
Special Conditions of Release to Parole Supervision
Felony Complaint CR #19-202259

CS4003



NEW YORK STATE | **Corrections and Community Supervision**

## VIOLATION OF RELEASE REPORT

### CASE SUMMARY

Name: Johnson, Devin

NYSID: 11650150Z

Warrant #: 821558

DIN: 13-B-0447

| | |
|---|---|
| ***CRIME OF CONVICTION & CURRENT SENTENCE*** | Devin Johnson was convicted of Criminal Possession of a Weapon 2nd and Robbery 2nd in Monroe County Court by the Hon V. Dinolfo on 2/7/13 and sentenced to 0-0-0/4-0-0 w/ 5-0-0 years PRS and 0-0-0/6-0-0 w/ 5-0-0 years PRS (cc). In addition, Mr. Johnson was convicted of Grand Larceny 4th in Ontario County Court by the Hon. Kocher on 5/29/13 and sentenced to 1-4-0/4-0-0 (cc). |
| ***DESCRIPTION OF INSTANT OFFENSE*** | On 11/2/11 Mr. Johnson was arrested by Rochester Police after investigation revealed that on said date the subject possessed a loaded 22 Cal., long rifle and while in possession of said weapon did point the firearm at the victim and threatened to shoot him.  On 1/19/12 the subject was placed on Interim Probation for a period of one year.  While on Interim Probation a warrant was issued by Monroe County Probation.  During that time the subject committed the Ontario County offense of Grand Larceny 4th.<br><br>With respect to the Grand Larceny 4th on September 26, 2012 he forcibly stole property consisting of an I-Phone from the victim. He was subsequently charged with Robbery 2nd and Grand Larceny 4th. |
| ***CRIMINAL HISTORY*** | Please see attached |
| ***PRIOR TERMS OF PROBATION/PAROLE*** | The current term of supervision represents the first term of Parole Supervision. |
| ***PRIOR VIOLATIONS ON CURRENT TERM*** | The current violation represents the first violation on the current term of supervision. |
| ***GENERAL ADJUSTMENT TO PAROLE SUPERVISION*** | Mr. Johnson was released to Parole Supervision on 2/2/18 to the Uber-GPS caseload with PO Richards.  Mr. Johnson was supervised as a COMPAS level 1 with an OMH Level 6.  Mr. Johnson was released to the residence of his girlfriend.  Per records, Mr. Johnson reported as directed, complied with his curfew and complied with the requirements of GPS.  Mr. Johnson obtained employment within two weeks of being released and maintained the same employment throughout until his arrest.  Throughout his term of supervision Mr. Johnson tested negative for mood-altering chemicals and as such no referral for chemical dependency programs was made.  On 3/18/19 Mr. Johnson graduated from the UBER/GPS caseload and on 4/2/19 was transferred to PO Masucci.  During that time Mr. Johnson reported as directed and was compliant with curfew.  He provided verification of his employment at Nordon Inc via paystubs and was working full |

CS4003

 **NEW YORK STATE** | **Corrections and Community Supervision**

time. However, information was obtained in July that the subject may have been involved in a weapons related incident which was being investigated by Rochester Police Department. The Investigator in charge notified PO to make PO aware and indicated he would follow-up with PO upon obtaining more information.

|  |  |
|---|---|
| **CURRENT VIOLATIVE BEHAVIOR** | On 8/24/19 at approximately 9:46 P.M., Rochester Police attempted a traffic stop on Mr. Johnson at 73 Miller St. Mr. Johnson pulled his vehicle over to the side of the road and exited the driver's side door in an attempt to flee from officers. Mr. Johnson was detained at 13 Wright Place. Located inside the vehicle Mr. Johnson was operating was a stolen defaced loaded .38 cal. Smith and Wesson Air-weight revolver. As a result, Mr. Johnson was charged with Criminal Possession of a Weapon 2nd, Criminal Possession of a Weapon 3rd (defaced firearm), Criminal Possession of Stolen Property, Obstructing Governmental Administration and resisting arrest.

On 8/24/19 Mr. Johnson's attempt to flee from Officer's threatened the safety and well-being of himself and the officers involved.

On 8/24/19 at approximately 9:36 P.M., Mr. Johnson was outside his parole approved address without permission from his parole officer in violation of his 8 PM to 8 AM curfew.

On 8/24/19 Mr. Johnson was operating a 2008 Audi Q7 without a valid driver's license and without the approval of his Officer. |
| **CIRCUMSTANCES OF CUSTODY** | On 8/24/19 Rochester Police arrested the subject after he fled from a vehicle after a traffic stop. The subject was transported to MCJ by RPD and parole warrant 821558 was issued. |
| **PAROLEE STATEMENT** | On 8/28/19 the subject was served with his Notice of Violation at which time the subject declined to make a statement. The subject requested his preliminary hearing which was held on 9/3/19. Probable cause was established, and the subject referred to his Final Hearing scheduled for 9/12/19. |
| **PRESENT STATUS** | Mr. Johnson is currently being held in Monroe County Jail on Parole warrant 821558 pending his final hearing. |
| **OTHER INFORMATION** | Mr. Johnson is also being held on CPW 2nd, CPW 3rd, CPSP 4th, Obstruction of Governmental Administration and Resisting Arrest. He is scheduled to appear before Monroe County Court Judge Stephen Miller on 9/13/19. |

CS4003