# Plaintiff's Exhibit

# B

*Devin Johnson's Affidavit*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DEVIN JOHNSON ,

           Plaintiffs,

      -vs-                            **AFFIDAVIT**

The CITY of ROCHSTER and ROCHESTER
POLICE OFFICER JONATHAN LAUREANO
                                  Civil Action No.: 21-cv-6683 (DGL/MWP)
              Defendants.

---

STATE OF NEW YORK )
COUNTY OF MONORE )  SS:

DEVIN JOHNSON swears under penalty of perjury:

1. I am the named Plaintiff in this action.

2. This action arises from an incident that occurred on August 24, 2019 at approximately

   9:40 p.m and continued thereafter.

3. At approximately 9:45 p.m. on August 24, 2019, I was driving southbound on Miller

   Street and I noticed that a marked police vehicle was following me.

4. As I was driving, the police vehicle initiated its emergency lights.

5. At the time the emergency lights were activated, I was traveling straight in the lane of

   traffic and had not begun to vear or drift outside of the lane of traffic.

6. I did not pull to the side of the road until after the police vehicle had initiated its

   emergency lights to stop me.

7. I have reviewed Officer Gladowski's body warn camera footage and the statements that I

   made at approximately 22:31:25 on said video.

8. While I stated that I was not aware that the vehicle behind me was a police car, that

   statement was untrue.  I was aware that the vehicle behind me was a police vehicle.  I

made the statement seeking sympathy from Officer Gladowski.   At the time I was in his vehicle, I was only concerned with the fact that I was out past curfew for parole.

9.  When I spoke to Office Glodowski that  pulling to the side of the road.   I was indicating my future intent to pull over to the side of the road.

10.  At the time the emergency lights were activated on the police vehicle, I remained straight in the line of traffic and had not veared or drifted from the line of travel.

11. I maintain that the statement to Officer Glodowski was taken out of context and cannot should not be used to insinuate that I was already pulling the car over when the BLC clearly shows that Officer Laureano activated his emergency lights before I was ready to pull over.

12. My statement to Officer Glodowski was in no way an admission that I had already veared or drifted from the line of travel.

13. I maintain that Officer Laureano drew his service revolver on myself after he illegally stopped my vehicle.

Devin Johnson

Sworn to me this 21st
Day of September 2023

Notary Public

BRIDGET L. FIELD
Notary Public. State of New York
No. 02FI6281773
Qualified in Monroe County
Commission Expires