# Plaintiff's Exhibit
# C

*Screenshot from Clifford & Miller BLC*

