UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| DEVIN JOHNSON, | **VOIR DIRE MATERIAL** |
| Plaintiff, | **Case No.: 21-cv-6683(EAW)** |
| v. | |
| THE CITY OF ROCHESTER and ROCHESTER POLICE OFFICER JONATHAN LAUREANO, | |
| Defendants. | |

_____

## VOIR DIRE INFORMATION

### A. DESCRIPTION OF THE CASE

On the evening of August 24, 2019, at just after 9:45 p.m., the Plaintiff, Devin Johnson, was operating an Audi Q7 SUV. The Defendant, Officer Jonathan Laureano was on duty and was operating a marked Police car. In response to a request by other Officers to stop Mr. Johnson's vehicle and identify him if there was probable cause to do so, Officer Laureano followed Mr. Johnson's vehicle as it turned onto Miller Street and he effected a traffic stop of Mr. Johnson's vehicle.

As soon as Mr. Johnson stopped his vehicle, and as Officer Laureano was putting his in park, Mr. Johnson got out of the Audi and began running. Officer Laureano pursued him on foot. Another Officer, Phillip Perelli, who radioed the request to follow and stop Mr. Johnson, arrived on Miller Street and joined the foot chase. Officer Laureano caught up with Mr. Johnson as he was running and

arrested him. Officer Perelli was close behind, caught up with them as Officer Laureano apprehended Mr. Johnson, and Officer Perelli handcuffed him.

The Audi was searched and a stolen, loaded .38 caliber revolver was found under the passenger seat. One of the Officers ran a check of Mr. Johnson's driver's license and learned that it had been suspended. Mr. Johnson was on parole for at the time of his arrest and was under an 8:00 p.m. to 8:00 a.m. curfew. He was charged with several offenses.

Mr. Johnson claims that there was no probable cause for the traffic stop. The Defendants claim that Officer Laureano did have probable cause to stop Mr. Johnson's vehicle.

(This is not a joint proposed statement; regrettably, counsel were unable to agree on one.)

**B. ATTORNEY IDENTIFICATION**

The Plaintiff is represented by Elliot D. Shields, Esq. of the Roth & Roth, LLC law firm, located at 192 Lexington Avenue, Suite 802, New York, NY 10016

The Defendants, City of Rochester and Officer Laureano, are represented by Christopher S. Noone, Esq. of the City of Rochester Corporation Counsel's Office, located at 30 Church Street, City Hall, Room 400A, Rochester, NY 14614. Second chair at this trial will be James "Hal" Kieburtz, Esq. and assisting paralegal, Sandra Zollars. Both Mr. Kieburtz and Ms. Zollars are employed by the City of Rochester Corporation Counsel's Office.

**C. FULL NAME AND ADDRESS OF THE CLIENTS**

**CITY OF ROCHESTER**, located at 30 Church Street, City Hall, Room 400A, Rochester, NY 14614

**JONATHAN P. LAUREANO\*,** 30 Church Street, City Hall, Room 400A, Rochester, NY 14614

\* Customarily during legal proceedings in this area, Police Officers (current or retired) are permitted to use their attorney's address.  If that is not observed in this matter, an address will be provided for Officer Laureano.

**D. PROSPECTIVE WITNESSES**

1.
   A. Defendant, Jonathan P. Laureano,

   B. Rochester Police Officer

   C. 30 Church Street, Room 400A, Rochester, NY 14614

   D. He will testify to the circumstances which led to the traffic stop and to the subsequent apprehension and arrest of Plaintiff, Devin Johnson.

2.
   A. Phillip M. Perelli

   B. Rochester Police Officer

   C. 30 Church Street, Room 400A, Rochester, NY 14614

   D. He will testify to the circumstances concerning the surveillance, apprehension and arrest of Mr. Johnson.

3.

    A.  William J. Wagner

    B.  Rochester Police Sergeant

    C. 30 Church Street, Room 400A, Rochester, NY 14614

    D.  He will testify to the circumstances concerning the surveillance, apprehension and arrest of Mr. Johnson.

4.

    A.  Brandon Gladowski

    B.  Rochester Police Investigator

    C. 30 Church Street, Room 400A, Rochester, NY 14614

    D.  He will testify to the circumstances surrounding the detention and transport of Mr. Johnson for questioning, subsequent to his arrest, and to the statements made by Mr. Johnson, as captured on the Investigator's body worn camera.

5.

    A.  Jose D. Rodriguez

    B.  Rochester Police Officer

    C. 30 Church Street, Room 400A, Rochester, NY 14614

    D.  He will testify to the circumstances concerning the surveillance, apprehension and arrest of Mr. Johnson.

6.

    A.  Thomas J. Lisle

    B.  Rochester Police Officer

    C. 30 Church Street, Room 400A, Rochester, NY 14614

D. He will testify to the circumstances concerning the surveillance, apprehension and arrest of Mr. Johnson.

7.

A. Devin Johnson

B. Plaintiff

C. Last known address, 3 Strathmore Circle, Apt. B, Rochester, NY

D. He will be cross-examined regarding the circumstances surrounding his apprehension and arrest, as well as statements made subsequent to the arrest and during transport for booking, all as captured on video.

8.

A. Jeremy Robinson

B. Rochester Police Lieutenant

C. 30 Church Street, Room 400A, Rochester, NY 14614

D. He will testify to the circumstances concerning the surveillance, apprehension and arrest of Mr. Johnson.

9. Deposition Witness

A. Devin Johnson

B. Plaintiff

C. Last known address, 3 Strathmore Circle, Apt. B, Rochester, NY 14609

D. He was questioned at a pre-suit hearing conducted under oath, pursuant to NY General Municipal Law §50-h—it is anticipated that he may be cross-examined about the testimony he gave at:

- page 3, lines 6-8;

- page 5, lines 17-20;
- pages 5-6, lines 23-25 and 2-5;
- page 9, lines 3-4;
- pages 9-10, lines 24-25 and 2-3;
- page 10, lines, 19-22;
- page 11, lines 4-12;
- pages 12-13, lines 24-25 and 2-25;
- page 14, lines 2 and 16-21;
- page 15, lines 2-4;
- pages 22-23, lines 11-14, 25, and 5;
- pages 24-25, lines 8-10, 17-25 and 5;
- page 25, lines 18-24;
- page 26, lines 4-15;
- page 28, lines 11-18;
- page 29, lines 9-22;
- page 30, lines 10-15;
- page 32, lines 4-13;
- page 33, lines 4-19;
- pages 39-40, lines 12-25 and 2-20;
- page 41, lines 7-14;
- pages 51, lines 5-10;
- pages 53-54, lines 16-25 and 2-6; and
- pages 58-59, lines 24-25 and 2-6.

**PROPOSED QUESTIONS FOR THE JURY**

- Where do you live and how long have you lived there?

- Are you employed?  Please describe last employment, or if employed your current employment?

- Have you ever held a job in law enforcement?  If so, what position?  When?  How did it come to an end?

- Have you ever held a job or position that required you to work with a law enforcement office or agency?

    - Which law enforcement agency?

    - What type of interaction did you have with the law enforcement agency?

    - Was it positive or negative experience?  If negative, can you separate your negative feelings from the RPD and officers in this case?

- Do you believe there is something wrong with policing in this City?  In the State?  In terms

- Do you believe that policing is an inherently a white supremacist institution?

- Do you believe that police officers are racist?

- Do you believe that police departments should be defunded?

- Have you participated in any protests or demonstrations against police departments or police actions? When? When?

- Have you participated in any protests or demonstrations for the "Black Lives Matter" organization? When? When?

- Do you live with someone?

- What is person's occupation?

7

- Does anyone you live with participate belong to the "Black Lives Matter" organization?
- Has that person participated in any protests of police departments or police actions?
- Has that person participated in any demonstrations in support of people who allege that they have been harmed by police?
- Do you have children?  If yes, how many? What ages? If your children are over 18, do they attend college?
- Have you ever practiced law? Do you know anyone that has practiced law?
- Do you regularly read newspapers or magazines?  Which ones?
- Do you regularly watch television?  What do you watch?
- Do you regularly listen to the radio?  If so, what do you listed to?
- What activities or hobbies do you engage in?
- Have you ever served in the military? If so, what branch?
- Have you or anyone in your family or household or children or friends been involved in a lawsuit?  If so, please describe the lawsuit and was the result satisfactory or unsatisfactory?
- Have you ever been a juror before?
    - Did the case go to verdict?
    - Were you able to deliberate freely, without undue influence from other jurors
    - Did you actively participate?
    - Would you like to sit on this jury? Why? Why not?

8

- Do you have a negative perception of the City of Rochester?  City of Rochester employees?  Why?
- Do any jurors live or have lived in the City of Rochester
- If any jurors lived in the City and moved away from the City, why did you move from the City of Rochester?
- Have you worked for the City of Rochester?
- Any issues with the City or City employees working in the City of Rochester
- Any interaction with City employees? If so any thoughts or problems with those interactions?
- Do you know anyone that works for the City of Rochester?  What are their thoughts about the City of Rochester?
- Are you aware of any other civil cases involving police officers, especially as they relate to use of force by police? If so, would your knowledge or understanding of those cases impact your ability to consider the evidence presented in this case with an open mind and to deliberate without bias or sympathy for the Plaintiff?
- Are you or anyone you know involved with the Rochester Police Accountability Board Alliance?  What ifs the nature or you involvement?
- Have you or a member of your family or household or any close friend ever had any interaction with the Rochester Police Department or any other law enforcement agency? If so, give details, for example: emergency assistance, traffic stop, crowd control, arrest, reporting crime, etc. [Can be explained outside the presence of the other prospective jurors.]
- What was your impression of the police officers following the interaction you've

9

described? [Can be explained outside the presence of the other prospective jurors.]

- Will those interactions have any impact on your ability to hear and evaluate the evidence in this case fairly and impartially?
- Have you or a family member or close friend ever made a complaint about a police officer, a detective or other law enforcement officer? [If so, describe outside the presence of the other potential jurors.] To what person or agency was the complaint made? (The law enforcement agency? The Police Accountability Board? The Division of Human Rights?)
- Have you or has any member of your family or any close friend ever been the victim of a crime? If so, please describe the circumstances.
- Are you familiar with the area of Miller Street in the City of Rochester? Describe your familiarity.
- Do you know the plaintiff, Devin Johnson?
- Do you know the plaintiff's attorney, Elliot Shields?
- Do you know the defendant Jonathan Laureano?
- Do you know the defendants' attorneys, Christopher Noone or James "Hal" Kieburtz?
- Do you believe that the fact that the plaintiff started this lawsuit and is here today for trial means that there must be at least some merit to his allegations?
- If you are chosen for the jury, will you be partial to one side or the other?
- Are there any reasons why you would be unable to follow the Judge's instructions on the law?

- Can and will you decide this case based solely on the facts presented at trial, and not based on anything you may have seen or heard in the media or outside the courtroom?

- If, after hearing the evidence and the instructions of the judge, you found that the plaintiff failed to prove that he was falsely arrested or maliciously prosecuted, would you feel comfortable returning a verdict in favor of the defendants? If so, why?

- Would you be unable to apply the law as you are instructed to do by the Judge even if you don't agree with the law or believe that the law is morally wrong?

DATED: January 30, 2025　　　　　　　　Patrick Beath Corporation Counsel
　　　　　Rochester, New York

　　　　　　　　　　　　　　　　　　　　s/ Christopher S. Noone
　　　　　　　　　　　　　　　　　　By: Christopher S. Noone, of Counsel
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant, City of Rochester
　　　　　　　　　　　　　　　　　　　　30 Church Street, Room 400A
　　　　　　　　　　　　　　　　　　　　Rochester, NY  14614
　　　　　　　　　　　　　　　　　　　　(585) 428-6753
　　　　　　　　　　　　　　　　　　　　chris.noone@cityofrochester.gov