☐ Check if Taser was deployed

**SUBJECT** Page 1 of 2

2018-0584

| 1. LAST NAME Maddox | FIRST NAME Yahmiek | M.I. | 2. DATE 5/25/18 | 3. TIME 1604 | 4. CR # 18-121340 |
|---|---|---|---|---|---|
| 5. DOB 5/17/18 | 6. SEX Male | 7. RACE Black | 8. HEIGHT 5'8" | 9. WEIGHT 140 | 10. INCIDENT LOCATION 121 Wilkins St | BEAT 257 |

**11. ARREST?**  ☐ NO – release approved by:
☒ YES – charges:  open container, resisting arrest, harassment 2nd

| 12. SUBJECT'S ACTIONS | 13. TACTIC EFFECTIVENESS |
|---|---|

Subject resisted by (check all that apply and explain in narrative)

Check the appropriate box indicating whether the tactic was used, if the tactic was used write the number (1, 2, 3…) indicating what order the tactics were used in column one (1). In column two (2) write **E**, for *Effective*, **ME**, for *Moderately Effective* and **NE**, for *Not Effective*.

| Subject's Actions | Tactic | Order | Effectiveness | Tactic | Order | Effectiveness |
|---|---|---|---|---|---|---|
| ☒ **Avoiding Custody** (May include: non response, verbal refusal, using body as "dead weight", running/walking away, bracing/tensing body, pulling away, locking arms under body, holding onto a fixed object) | ☒ Verbal | 3 | NE | ☐ Bi-Lateral Compression | | |
| | ☐ Mandibular Angle | | | ☐ Arm Lock w/Baton | | |
| | ☐ Hypoglossal Nerve | | | ☐ Front Jab w/Baton | | |
| | ☐ Jugular Notch | | | ☐ Rear Jab w/ Baton | | |
| | ☐ Clavical Notch | | | ☐ Forward Strike | | |
| | ☐ Brachial Stun | | | ☐ Middle Strike | | |
| ☒ **Assaultive** (May include: fighting stance, combative approach, punching, kicking, biting, tackling) | ☐ Suprascapular Stun | | | ☐ Reverse Strike | | |
| | ☐ Jab | | | ☐ Strong Side Horizontal Strike | | |
| | ☐ Front Kick | | | ☐ Support Side Horizontal Strike | | |
| | ☒ Straight Punch | 4 | E | | | |
| | ☐ Angle Kick | | | | | |
| ☐ **Imminent Threat of Deadly Physical Force/Serious Physical Injury (SPI)** (May include: using or threatening to use a firearm/edge weapon/contact weapon in close proximity or while closing the distance/dangerous instrument under circumstances in which it is readily capable of SPI or death. Air/blood choke which creates an imminent risk of SPI or death. Impacts w/o weapon which creates an imminent risk of death or other SPI) | ☐ Forearm Strike | | | ☒ OC | 5 | E |
| | ☐ Knee Strike | | | ☐ Taser | | |
| | ☐ Spear | | | ☐ Bean Bag | | |
| | ☒ Hooking Technique | 2 | ME | ☐ Hand Gun | | |
| | ☐ Ground Stabilization (ie. 3-Point Landing, joint manipulation) | | | ☐ Long Gun | | |
| | | | | ☒ Other: palm strike | 1 | ME |
| | | | | ☐ Other: | | |

**14. Narrative** *(If officer is in plainclothes, describe own clothing. If tactic(s) used on subject were ineffective, explain reason(s) why.)*

On the above date I was two badge with officer Eisenhauer working a proactive detail. While on patrol s/b on Joseph Ave passing Wilkins I did see a thin build male black wearing a black t-shirt and black shorts holding what appeared to be a remy martin alcohol bottle. I then saw the male place the bottle on the steps of 121 Wilkins where there was a crowd of individuals. This area is well known for open air drug sales, specifically heroin and cocaine.

Myself and other officers were able to pull around to step out with the male. As officers pulled onscene the crowd began to disperse and (a), Yahmiek Maddox was stopped, as he was the male I saw with the bottle. I went over to where I saw Maddox place the bottle down and confirmed that it was a Remy Martin 200 mil. bottle that was about a quarter full. Maddox did not have identification on him but I ended up recalling who he was as I have arrested him in the past for CPCS 3rd. Maddox has been arrested for a CPW charge as well.

Since I was able to identify Maddox he was going to be issued a MC code ticket and released.

After taking Maddox out of the vehicle he ended up stating "you all gonna die one day!" When I asked what he said he again stated "you all gonna die one day!". I then told Maddox to leave his hands behind his back after I removed the handcuffs which he stated "I do what I want."

Officer: ☒ Primary Officer   ☐ Assisting Officer   Name: **Phillip Perelli**   ID# 2138

| | |
|---|---|
| 1. A CONTINUATION OF A (N) | SRR 18 - 121340 |
| PAGE 2 OF 3 | 3. VICTIM'S NAME: COR | 4. OFFENSE/INCIDENT ADDRESS: 121 Wilkins | 5. PSA: 257 | 6. DOW: Fri. | DATE OF INCIDENT: 05/25/18 |

**ADDENDUM REPORT — ROCHESTER POLICE DEPARTMENT**

After I removed the handcuffs Maddox retrieved his belongings and began to walk past me. As he began to walk past me, Mattox took a quick aggressive step towards me getting close to my face, saying "faggot ass!" Due to his alarming and aggressive actions, along with his threats earlier stating "you all gonna die one day", I quickly reacted with a open hand strike, with my right hand, to the left side of Maddox's face in order to distract him since I believed that he was about to strike me. I then immediately moved into a hooking technique using my right hand to be able to place Maddox in custody. I pulled Maddox towards me, but with Maddox attempting to pull away, we both spun around and I lost my grip. We both went towards the rear of the patrol vehicle, as I moved towards Maddox he ended up throwing a punch with a closed fist towards my head. I ducked my head getting struck near my forehead but was then struck on the right side of my face where my glasses where. My glasses ended up breaking causing small lacerations to my face.

Maddox ended up going to the ground with other officers and was being told to place his hands behind his back while he was on his stomach. Maddox did not comply with orders and I moved to his left side. He was given orders again but still did not comply. I delivered three straight punches to Maddox's lower left side. Maddox was then placed in custody by officer Colon.

I walked Maddox back to my patrol vehicle, as I placed him inside he spit directly in my face. I issued a one second burst of OC towards the face area of Maddox. This was ineffective since after I got into the driver side of the patrol vehicle Maddox again spit on my neck/face a second time. I again issued a one second burst of OC to the face area of Maddox giving orders to stop spitting.

Myself and officer Eisenhauer transported Maddox to the Clinton Section office due to a hostile crowd at Joseph/Wilkins.

Sgt. Gonzalez responded to the scene.

A spit sock was placed on Mattox by Sgt Gonzalez, but it Mattox quickly removed it.

Maddox was then transported to the PSB Eyewash were he refused treatment in front of Sgt. Gonzalez. Maddox was then transported to booking without further incident.

Photographs of the lacerations to the side of my face, along with Maddox and the scene were taken for documentation.

Camera footage was obtained from the corner store at 726 Joseph Ave by a technician and turned into property.

Officer Eisenhauer did sustain a minor elbow nijury and was treated and released at Highland E.D

Due to the hostile crowd, a neighborhood check was not completed.

| 8. REPORTING OFFICER | ID# | 9. SUPERVISOR | ID# |
|---|---|---|---|
| Phillip Perelli | 2138 | | |

Page 2 of 2

| 15. Name | ID # | BWC Assigned | BWC Video | Height | Weight | Section | Pltn | Uniform | Injured/Treated | Cover Page |
|---|---|---|---|---|---|---|---|---|---|---|
| PRIMARY: Philli Perelli | 2138 | Yes | Yes | 5'6" | 160 | Clinton | 4th | Yes | No | Yes |
| L. Colon | 1573 | Yes | Yes | 5'2" | 160 | Clinton | 4th | Yes | No | Yes |
| K. Eisenhauer | 2067 | Yes | Yes | 5'11" | 195 | Clinton | 4th | Yes | No | Yes |

**WITNESSES** – Conduct a neighborhood check and indicate with code: W – Witness/Deposed, NI – Not Interviewed, NO – Interviewed/No Information, WR – Witness/Refused Deposition.

| 16. NAME | ADDRESS | DAY PHONE | EVENING PHONE | WITNESS CODE |
|---|---|---|---|---|
|  | 729 Joseph Ave |  |  | NO |

**MEDICAL**   *Attach and forward a copy of all depos to PSS and PDS

17. Condition of subject: ☒ Sober  ☐ Alcohol Influence  ☐ Intoxicated (alcohol)  ☐ Drugs

18. Subject injured prior to incident: ☒ No  ☐ Yes, describe:

19. Subject injured during incident: ☒ No  ☐ Yes, describe:
 * TASER probe penetration or drive stun marks alone are not considered an injury for Box 19.

20. TASER probe penetration: ☒ No  ☐ Yes    TASER drive stun: ☒ No  ☐ Yes

21. If subject was exposed to O.C., was subject treated: ☒ No  ☐ Yes  ☐ At hospital  ☐ PSB eyewash station

22. Hospitalization: ☒ No – Reason: no injuries
 ☐ Yes – Transport via  ☐ RPD vehicle #  ☐ Ambulance Co./Veh #  ☐ Other

23. Hospital:    24. Attending medical professional:

25. Subject: ☐ Admitted  ☐ Treated and Released  ☐ No Treatment  ☒ Refused    26. Time of treatment/refusal: 1705

27. Witness to refusal: SGT Gonzalez

28. Technician work performed: ☐ No – Reason:
 ☒ Yes by: P.O Lucero, Brongo    ☒ Photos  ☐ Diagram  ☐ Other:

Photos of: ☒ Member(s) Perelli #2138, Eisenhauer #2067    ☒ Subject  ☐ Other:

29. Reports completed:  ☒ Crime       ☐ Incident       ☐ Investigative action
(DO NOT ATTACH) ☒ Prisoner data  ☐ Addendum(s)  ☒ Technicians report
 ☐ Other:                   ☒ CR #'s: 18-121340

30. Commanding Officer at scene: A. Gonzalez    Rank: **Sergeant**    Section: **Clinton**

**ADMINISTRATIVE REVIEW**

31. Reviewing Supervisor: _Sgt. ____ 1848_  Date: _6/6/18_  Training Requested: ☐ Yes*  ☒ No
32. Section Taser Reviewing Supervisor: _____  Date: _____  Training Requested: ☐ Yes*  ☐ No
33. Platoon Commanding Officer: _Lt. ____ 1311_  Date: _6/10/18_  Training Requested: ☐ Yes*  ☒ No

* If training is requested, the Platoon Commanding Officer is responsible to ensure that an Additional Training Report, RPD 1347 is attached for each member that received training.

Rochester Police Department    Subject Resistance Report    RPD 1377    Rev. 6/2017