**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEVIN JOHNSON,<br><br>                                                      Plaintiff,<br>      -against-<br><br>CITY OF ROCHESTER, et al.,<br><br>                                                      Defendants. | 21-cv-6683 (EAW)(MWP) |

**EXHIBIT 3 FOR PLAINTIFFS' OPPOSITION TO THE DEFENDANTS' MOTION IN LIMINE**

Surveillance Video re Maddox Incident, to be provided to the Court on a thumb drive, but also available here:

https://www.dropbox.com/scl/fi/g9tnk6fqt84bnrb2bw5qo/Exhibit-3-Surveillance-Video-re-Maddox-Incident.mp4?rlkey=tsql96ijrjbq1hjwq5o6v5grp&dl=0