**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

DEVIN JOHNSON,

Plaintiff,

-against-

CITY OF ROCHESTER, et al.,

Defendants.

**21-cv-6683 (EAW)(MWP)**

**EXHIBIT 4 FOR PLAINTIFFS' OPPOSITION TO THE DEFENDANTS' MOTION IN LIMINE**

Officer Phillip Perelli's Body Worn Camera Recording re Maddox Incident, to be provided to the Court on a thumb drive, but also available here:

https://www.dropbox.com/scl/fi/7jkxwciyacj9p1lgm5ue4/Exhibit-4-Perelli-BWC-from-Maddox-Incident-00358_PP213820180525162350_0004.MP4?rlkey=damzzg7fbrzuk65k1fh7kr9dq&dl=0