UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEVIN JOHNSON,<br><br>          Plaintiff,<br><br>  -against-<br><br>CITY OF ROCHESTER, et al.,<br><br>          Defendants. | 21-cv-6683 (EAW)(MWP) |

**EXHIBIT 8 FOR PLAINTIFFS' OPPOSITION TO THE DEFENDANTS' MOTION IN LIMINE**

Officer Jonathan Laureano's Body Worn Camera Recording re March 15, 2018 Nishean Napier Incident, to be provided to the Court on a thumb drive, but also available here:

https://www.dropbox.com/scl/fi/s5ieywd1alyyxpc456212/Exhibit-8-March-15-2018-Nishean-Napier-Video.mp4?rlkey=17khe2trub8yek7utyps2jhkn&dl=0