**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEVIN JOHNSON,<br><br>                                 Plaintiff,<br>      -against-<br><br>CITY OF ROCHESTER, et al.,<br>                               Defendants. | **21-cv-6683 (EAW)(MWP)** |

**EXHIBIT 11 FOR PLAINTIFFS' OPPOSITION TO THE DEFENDANTS' MOTION IN LIMINE**

Video of Officer Jonathan Laureano's April 1, 2017 stop of Nishean Napier, to be provided to the Court on a thumb drive, but also available here:

https://www.dropbox.com/scl/fi/14mlm3h5z8fs77u42crez/Exhibit-11-April-1-2017-Nishean-Napier-Video-re-Laureano-traffic-stop.mp4?rlkey=l13jg3hsbkq7jd119reva0x8b&dl=0