# Rochester Police Department
## Chain Of Custody Report

Department Case Number: 2015251798

### Case Items

---

#### Chain Of Custody History - Item: 201507180:005

| | | |
|---|---|---|
| Date/Time: 08/10/2016  9:15 | Officer: 2251 MCCORMICK, RAYMOND | *[signature]* |
| Custody Information: To Court | | PAUL BOCCACINO |
| Comments: | | |

---

**Item Number:** 201507180:006
**Current Custody:** Destroyed
**Collection Date/Time:** 09/21/2015 - 21:14Hrs        **Process:**
**Collection Purpose:** Evidence
**Collected By:** 2231 - LAUREANO, JONATHAN
**Collection Location:** 661 BAY ST
**Packaging/Quantity/Item Type:** The following item was submitted: - 1 - ELECTRONIC EQUIP.
**Detail Description:** BLK/WHT "BLU" PHONE-EV
**Owner:** DARIUS HOWARD

**Item Notes:**

---

#### Chain Of Custody History - Item: 201507180:006

| | | |
|---|---|---|
| Date/Time: 09/21/2015  21:14 | Officer: 2231 LAUREANO, JONATHAN | |
| Custody Information: Item Collected | | |
| Comments: | | |
| Date/Time: 09/22/2015  7:31 | Officer: 2231 LAUREANO, JONATHAN | |
| Custody Information: Item Submitted into Property - Temp Locker | | |
| Comments: | | |
| Date/Time: 09/22/2015  7:51 | Officer: 2251 MCCORMICK, RAYMOND | |
| Custody Information: Stored In Location - E-B-15-F-4-2 | | |
| Comments: | | |
| Date/Time: 08/10/2016  9:15 | Officer: 2251 MCCORMICK, RAYMOND | *[signature]* |
| Custody Information: To Court | | PAUL BOCCACINO |
| Comments: | | |
| Date/Time: 12/14/2018  16:03 | Officer: 5996 MCNAMARA, GUY | *[signature]* |
| Custody Information: Returned to Property Room | | |
| Comments: | | Sam S |
| Date/Time: 12/14/2018  16:05 | Officer: 5996 MCNAMARA, GUY | |
| Custody Information: Stored In Location - Holding Area | | |
| Comments: | | |
| Date/Time: 12/16/2018  14:18 | Officer: 2251 MCCORMICK, RAYMOND | |
| Custody Information: Stored In Location - Safekeeping Property 8034-C | | |
| Comments: | | |
| Date/Time: 03/25/2019  19:49 | Officer: 2251 MCCORMICK, RAYMOND | |
| Custody Information: Destroyed | | |
| Comments: | | |