UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEVIN JOHNSON,<br><br>                                        Plaintiff,<br><br>-against-<br><br>THE CITY OF ROCHESTER, et al.,<br><br>                                        Defendants. | 21-cv-6683 (EAW)(CDH) |

**Plaintiff Devin Johnson's Deposition Designations:**

Defendant Jonathan Laureano was deposed twice in the case known as *Darius Howard v. City of Rochester et al.*, 23-cv-6561 (FPG)(MJP), where he is also a named defendant. The deposition dated April 1, 2025 is annexed hereto as Exhibit 1, and the deposition dated June 12, 2025 is annexed hereto as Exhibit 2.

# Proposed Deposition Designations

**April 2, 2025 Deposition Designations**

## I. Training, Background, and Proactive Policing

- **18:19 – 26:12** — Training background; academy; field training; early instruction
- **26:13 – 28:19** — Definition and explanation of "proactive policing"
- **28:20 – 35:24** — RPD assignments, patrol history, and specialized roles

II. Disciplinary History and Internal Accountability

- 35:25 – 43:17 — Disciplinary background; PSS complaints; internal investigations; MHAs

III. Training on Traffic Stops, Report Writing, and Testimony

- 46:23 – 60:23 — Training on report writing and sworn testimony

- 60:24 – 74:16 — Training regarding Vehicle and Traffic Law (tinted windows)

- 74:17 – 76:5 — Training on turn signals and signaling requirements

IV. Documentation Practices and Missing Evidence

- 76:6 – 82:24 — Tint meter readouts; documentation requirements

- 82:25 – 88:6 — Howard incident report; missing tint data; lack of corroboration

V. Pretext Stops and Proactive Policing in Practice

- 88:9 – 95:16 — Pretextual stops; proactive policing in traffic enforcement

- 95:17 – 99:10 — Claimed specialties; discretionary stop authority

VI. Suspicious Vehicle Stops and Radio Communications

- 99:11 – 105:15 — Suspicious vehicle criteria; radio calls; escalation process

VIII. Howard Incident and Comparative Conduct

- 119:2 – 188:9 — Howard incident testimony

- 189:19 – 227:14 — Document review related to Howard

- 227:15 – 234:23 — Demonstrative video; what Laureano claims he could see

- 234:24 – 239:9 — Cell phone footage; trial testimony

- 239:10 – 249:22 — Prior testimony review

IX. Suppression Ruling in Howard, Credibility, and Prior Judicial Findings

- 249:23 – 274:8 — Renzi decision in Howard; suppression; grand jury testimony

- 274:9 – 277:16 — Post-trial conduct in Howard

X. Other Stops and Pattern Evidence

- 280:2 – 292:21 — Destiny Allen case

- 293:4 – 302:19 — Parsons case

- 304:13 – 318:12 — Brookins case

June 12, 2025 Deposition Designations

XI. Devin Johnson–Specific Testimony

- 11:22 – 15:16 — Deposition preparation
- 15:17 – 40:6 — Devin Johnson stop
- 40:7 – 49:16 — Judge Schiano suppression decision
- 49:17 – 55:3 — Interaction after Johnson stop
- 55:4 – 58:15 — Awareness of Johnson suppression ruling only

XII. Two Nishean Napier Incidents

- 58:16 – 76:3 — Nishean Napier April 1, 2017 incident
- 76:4 – 87:21 — Nishean Napier March 15, 2018 incident

XII. General Testimony on Stops and Suppression Rulings

- 87:22 – 90:18 — General testimony on stops and suppression rulings

Dated: New York, New York  Respectfully Submitted,
      December 15, 2025  ROTH & ROTH LLP

By: _____~//s//~_____
Elliot Dolby Shields, Esq.
*Counsel for Plaintiff*
192 Lexington Ave, Suite 802
New York, New York 10016
Ph: (212) 425-1020

To:    All counsel of record (via ECF)