UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

DEVIN JOHNSON,

                Plaintiff,

                v.

THE CITY OF ROCHESTER and ROCHESTER
POLICE OFFICER JONATHAN LAUREANO,

                Defendants.

_____

                                      AMENDED
                         VOIR DIRE MATERIAL

                         Case No.: 21-cv-6683

**PROPOSED QUESTIONS FOR THE JURY**

- Where do you live and how long have you lived there?

- Are you employed?  Please describe last employment, or if employed your current employment?

- Have you ever held a job in law enforcement?  If so, what position?  When?  How did it come to an end?

- Have you ever held a job or position that required you to work with a law enforcement office or agency?

  - Which law enforcement agency?

  - What type of interaction did you have with the law enforcement agency?

  - Was it positive or negative experience?  If negative, can you separate your negative feelings from the RPD and officers in this case?

- Do you believe there is something wrong with policing in this City?  In the State? In terms

- Do you believe that policing is an inherently a white supremacist institution?

- Do you believe that police officers are racist?

- Do you believe that police departments should be defunded?

- Have you participated in any protests or demonstrations against police departments or police actions? When? When?

- Have you participated in any protests or demonstrations for the "Black Lives Matter" organization? When? When?

- Do you live with someone?

- What is person's occupation?

- Does anyone you live with participate belong to the "Black Lives Matter" organization?

- Has that person participated in any protests of police departments or police actions?

- Has that person participated in any demonstrations in support of people who allege that they have been harmed by police?

- Do you have children?  If yes, how many? What ages? If your children are over 18, do they attend college?

- Have you ever practiced law? Do you know anyone that has practiced law?

- Do you regularly read newspapers or magazines?  Which ones?

- Do you regularly watch television?  What do you watch?

- Do you regularly listen to the radio?  If so, what do you listed to?

- What activities or hobbies do you engage in?

- Have you ever served in the military? If so, what branch?

- Have you or anyone in your family or household or children or friends been

involved in a lawsuit?  If so, please describe the lawsuit and was the result satisfactory or unsatisfactory?

- Have you ever been a juror before?
  - Did the case go to verdict?
  - Were you able to deliberate freely, without undue influence from other jurors
  - Did you actively participate?
  - Would you like to sit on this jury? Why? Why not?
- Do you have a negative perception of the City of Rochester?  City of Rochester employees?  Why?
- Do any jurors live or have lived in the City of Rochester
- If any jurors lived in the City and moved away from the City, why did you move from the City of Rochester?
- Have you worked for the City of Rochester?
- Any issues with the City or City employees working in the City of Rochester
- Any interaction with City employees? If so any thoughts or problems with those interactions?
- Do you know anyone that works for the City of Rochester?  What are their thoughts about the City of Rochester?
- Are you aware of any other civil cases involving police officers, especially as they relate to use of force by police? If so, would your knowledge or understanding of those cases impact your ability to consider the evidence presented in this case with an open mind and to deliberate without bias or sympathy for the Plaintiff?

- Are you or anyone you know involved with the Rochester Police Accountability Board Alliance?  What ifs the nature or you involvement?

- Have you or a member of your family or household or any close friend ever had any interaction with the Rochester Police Department or any other law enforcement agency? If so, give details, for example: emergency assistance, traffic stop, crowd control, arrest, reporting crime, etc. [Can be explained outside the presence of the other prospective jurors.]

- What was your impression of the police officers following the interaction you've described? [Can be explained outside the presence of the other prospective jurors.]

- Will those interactions have any impact on your ability to hear and evaluate the evidence in this case fairly and impartially?

- Have you or a family member or close friend ever made a complaint about a police officer, a detective or other law enforcement officer? [If so, describe outside the presence of the other potential jurors.] To what person or agency was the complaint made? (The law enforcement agency? The Police Accountability Board? The Division of Human Rights?)

- Have you or has any member of your family or any close friend ever been the victim of a crime? If so, please describe the circumstances.

- Are you familiar with the area of Miller Street in the City of Rochester?  Describe your familiarity.

- Do you know the plaintiff, Devin Johnson?

- Do you know the plaintiff's attorney, Elliot Shields?

- Do you know the defendant Jonathan Laureano?

- Do you know the defendants' attorneys, Christopher Noone or James "Hal" Kieburtz?

- Do you believe that the fact that the plaintiff started this lawsuit and is here today for trial means that there must be at least some merit to his allegations?

- If you are chosen for the jury, will you be partial to one side or the other?

- Are there any reasons why you would be unable to follow the Judge's instructions on the law?

- Can and will you decide this case based solely on the facts presented at trial, and not based on anything you may have seen or heard in the media or outside the courtroom?

- If, after hearing the evidence and the instructions of the judge, you found that the plaintiff may have been injured, but that plaintiff failed to prove that he was falsely arrested or maliciously prosecuted that his injuries resulted from any unlawful conduct by the defendants, would you feel comfortable returning a verdict in favor of the defendants? If so, why?

- Would you be unable to apply the law as you are instructed to do by the Judge even if you don't agree with the law or believe that the law is morally wrong?

**ATTORNEY IDENTIFICATION**

Defendants are represented by Christopher S. Noone of the City of Rochester Corporation Counsel's Office located at 30 Church Street, City Hall, Room 400A, Rochester, NY 14610.  Second chair at this trial will be James "Hal" Kieburtz, Esq. and

assisting paralegal Sandra J. Zollars.  Mr. Noone, Mr. Kieburtz, and Ms. Zollars are

employed at the City of Rochester Corporation Counsel's Office.

**FULL NAME AND ADDRESS OF THE CLIENTS**

**JONATHAN P. LAUREANO,** 185 Exchange Blvd., Rochester, NY 14614

**CITY OF ROCHESTER** located at 30 Church Street, City Hall, Room 400A, Rochester,

NY 14614

**AMENDED LIST OF
LIVE VOICE WITNESSES**

1.

    A.  Defendant, Rochester Police Officer, Jonathan P. Laureano,

    B.  Police Officer

    C.  185 Exchange Blvd., Rochester, NY 14614

    D.  He will testify to the circumstances which led to the traffic stop and to the

subsequent apprehension and arrest of Plaintiff, Devin Johnson.

2.

    A.  William J. Wagner

    B.  Rochester Police Sergeant

    C..  185 Exchange Blvd., Rochester, NY 14614

    D.  He will testify to the circumstances concerning the surveillance, apprehension

and arrest of Mr. Johnson.

3 .

    A.  Brandon Gladowski

    B.  Rochester Police Investigator

    C.  185 Exchange Blvd., Rochester, NY 14614

D.  He will testify to the circumstances surrounding the detention and transport of Mr. Johnson for questioning, subsequent to his arrest, and to the statements made by Mr. Johnson, as captured on the Investigator's body worn camera.

4.

A.  Jose D. Rodriguez

B.  Rochester Police Officer

C. 185 Exchange Blvd., Rochester, NY 14614

D.  He will testify to the circumstances concerning the surveillance, apprehension and arrest of Mr. Johnson.

5.

A.  Thomas J. Lisle

B.  Rochester Police Officer

C. 185 Exchange Blvd., Rochester, NY 14614

D.  He will testify to the circumstances concerning the surveillance, apprehension and arrest of Mr. Johnson, to his search of the vehicle Mr. Johnson was driving and to his discovery of the handgun hidden in the vehicle.

6.

A.  Devin Johnson

B.  Plaintiff

C. 3 Strathmore Circle, Rochester, NY

D.  He will be cross-examined regarding the circumstances surrounding his apprehension and arrest, as well as statements made subsequent to the arrest and during transport for booking, all as captured on video.

A.  Devin Johnson

B.  Plaintiff

C.  3 Strathmore Circle, Apt. D, Rochester, NY 14609

D.  He will be cross-examined regarding the circumstances surrounding his apprehension and arrest, as well as statements made subsequent to the arrest and during transport for booking, all as captured on video.

DATED: December /6 , 2025          Patrick Beath Corporation Counsel
          Rochester, New York

By:  Christopher S. Noone, of Counsel
     Attorneys for Defendant, City of Rochester
     30 Church Street, Room 400A
     Rochester, NY  14614
     (585) 428-6753
     chris.noone@cityofrochester.gov