# ROTH & ROTH, LLP
192 LEXINGTON AVENUE, SUITE 802, NEW YORK, NEW YORK 10016
ROTHANDROTHLAW.COM T: (212) 425-1020 F: (212) 532-3801

January 7, 2026

**VIA ECF**
Hon. Elizabeth Wolford
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

  Re: *Johnson* v. *City of Rochester, et al,* 21-cv-6683 (EAW)(CDH)

Dear Judge Wolford,

  Following the Court's pretrial conference on December 18, 2025, Plaintiff and Defendants met and conferred regarding Plaintiff's deposition designations and re-reviewed the Court's Pretrial Order.

  In light of the Court's rulings concerning the admissibility of evidence relating to other incidents and collateral matters, and the parties' understanding of Your Honor's Order, that if Officer Laureano testifies inconsistently with his deposition testimony Plaintiff will be permitted to cross-examine him with the deposition transcript, Plaintiff hereby withdraws all deposition designations.

              Respectfully Submitted,

                 ~//s//~

              Elliot Shields

CC: Christopher Noone (via ECF)
   *Counsel for Defendants*