UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DEVIN JOHNSON,                                    DEFENDANTS' PROPOSED
                                                  SPECIAL INTERROGATORIES
        Plaintiff,                        RE: QUALIFIED IMMUNITY
  v.

                                Case No.: 21-cv-6683(EAW/CDH)

THE CITY OF ROCHESTER and ROCHESTER
POLICE OFFICER JONATHAN LAUREANO,

        Defendants.
_____

## INSTRUCTIONS

       In accordance with the Court's instructions, please answer the following questions concerning Plaintiff, Devin Johnson's claims against Defendants Jonathan Laureano and City of Rochester.  The answers given for each question must be unanimous.  The foreperson will write the answer agreed upon in the space provided under each question.

       Please respond to the following questions:

1.    Was Plaintiff's right to be free from unreasonable seizure violated by Officer Laureano stopping his vehicle and arresting him?

       Yes _____                                        No _____

**If your answer is No, proceed no further.  Notify the Court you have reached a verdict.**

**If your Answer is Yes, continue to answer the following Interrogatories below.**

1.    Was Officer Laureano following Plaintiff's vehicle on Miller Street?

       Yes _____                                        No _____

2. Was the Plaintiff operating his vehicle on Miller Street?

   Yes _____                                              No _____

3. Did the Plaintiff's vehicle begin braking and slowing on Miller Street as Officer Laureano approached it?

   Yes _____                                              No _____

4. Did the Plaintiff's vehicle begin moving to the right from the travel lane on Miller Street?

   Yes _____                                             No _____

5. Did the Plaintiff's vehicle have no directional signal activated as it moved to the right from the travel lane?

   Yes _____                                             No _____

6. Did Officer Laureano activate his emergency lights on his vehicle on Miller Street as he approached the Plaintiff's vehicle.

   Yes _____                                             No _____

7. Did Officer Laureano believe that Plaintiff's vehicle began moving to the right from the lane of travel before he activated his emergency lights?

   Yes _____                                             No _____

8. Did Officer Laureano commence or initiate a criminal proceeding against Mr. Johnson?

   Yes _____                                             No _____

9. Did Officer Laureano reasonably believe that a criminal prosecution against Mr. Johnson could succeed?

   Yes _____                                             No _____

## **SIGNATURE PAGE**

**Instructions to the Foreperson:   Once you have indicated the jury's answers to the questions above and have been directed by the instructions to the signature page, simply sign and date this page in the space provided below. Then inform the Court security officer that you have finished deliberating.**

**By his/her signature below, the jury foreperson affirms that the above are the answers of the Unanimous jury in the case of Devin Johnson, et al, 21-CV-6683 (EAW).**

**Dated: _____, 2026**     _____
                                                          **FOREPERSON**