# UNITED STATES DISTRICT COURT
for the

Western ____ District of ____ NY ____

| | |
|---|---|
| DEVIN JOHNSON, <br> *Plaintiff* <br> v. <br> THE CITY OF ROCHESTER AND JONATHAN LAUREANO, Rochester Police Officer, <br> *Defendant* | ) <br> ) <br> )    Civil Action No.    21-CV-06683-EAW <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:  Judgment for plaintiff against defendants in the amount of $375,000.00 in damages.

This action was *(check one)*:

☒ tried by a jury with Judge _____ Elizabeth A. Wolford _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: _____ 02/11/2026 _____

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*