# Johnson v. City of Rochester

No. 6:21-cv-06683 (EAW)(CDH) (W.D.N.Y.)

Fee Application — Attorney and Paralegal Time Records

| Date | Timekeeper | Hours | Rate | Amount | Description |
|------|------------|-------|------|--------|-------------|
| 07/08/2024 | E. Dolby-Shields | 0.5 | $550 | $275.00 | Telephone conference with Brigid Field (spouse of deceased prior counsel Mark Young) regarding referral to assume representation of Plaintiff Devin Johnson in Johnson v. City of Rochester, Case No. 6:21-cv-06683 (W.D.N.Y.); discussed case posture and status of remaining claims following partial summary judgment. |
| 07/09/2024 | E. Dolby-Shields | 3.0 | $550 | $1,650.00 | Reviewed Court's Decision and Order on Defendants' motion for summary judgment (ECF #38), First Amended Complaint (ECF #15), Answer to Amended Complaint (ECF #16), and docket entries to evaluate case posture and viability of remaining Section 1983 excessive force and unlawful seizure claims against defendant officers. |
| 07/10/2024 | E. Dolby-Shields | 0.5 | $550 | $275.00 | Telephone conference with Brigid Field regarding case status, outstanding deadlines, and logistics of transferring physical and electronic case file from prior counsel's office. |
| 07/10/2024 | E. Dolby-Shields | 0.5 | $550 | $275.00 | Telephone conference with client Devin Johnson regarding scope of representation, current case status, and next steps following death of prior attorney Mark Young. |
| 07/11/2024 | E. Dolby-Shields | 2.0 | $550 | $1,100.00 | Continued review of summary judgment briefing, including Defendants' motion for summary judgment (ECF #29), Plaintiff's opposition (ECF #36), and Defendants' reply (ECF #37); reviewed case background materials including discovery disclosures to assess strength of remaining claims. |
| 07/12/2024 | E. Dolby-Shields | 1.5 | $550 | $825.00 | Drafted and filed Notice of Appearance on behalf of Plaintiff Devin Johnson (ECF #40); served on all parties of record and Clerk of Court. |
| 07/12/2024 | E. Dolby-Shields | 1.0 | $550 | $550.00 | Drafted letter to Judge Larimer requesting scheduling of pretrial conference to address outstanding case management issues following substitution of counsel (ECF #41). |
| 07/13/2024 | E. Dolby-Shields | 2.0 | $550 | $1,100.00 | Drafted retainer agreement for representation of Plaintiff Devin Johnson in Section 1983 civil rights action; reviewed terms and fee structure with client; executed retainer agreement. |
| 07/16/2024 | E. Dolby-Shields | 1.5 | $550 | $825.00 | Drafted letter to Judge Wolford following reassignment of case from Judge Larimer (ECF #42); re-filed request for pretrial conference as formal motion (ECF #43) per Clerk's instruction. |
| 07/24/2024 | E. Dolby-Shields | 1.5 | $550 | $825.00 | Prepared notes and outline for initial telephone status conference, including analysis of discovery deficiencies, potential grounds for motion to reopen discovery under Fed. R. Civ. P. 16(b)(4), and identification of key depositions not taken by prior counsel. |
| 07/24/2024 | E. Dolby-Shields | 1.5 | $550 | $825.00 | Attended telephone status conference with Court (ECF #46); discussed case status following death of prior counsel, discovery issues, and scheduling of pretrial deadlines. |
| 08/27/2024 | E. Dolby-Shields | 4.0 | $550 | $2,200.00 | Received and organized full case file transferred from Brigid Field (prior counsel's spouse), including pleadings, discovery materials, body-worn camera footage from six officers, and blue light camera recordings from August 24, 2019 incident involving Plaintiff. |
| 09/05/2024 | E. Dolby-Shields | 4.0 | $550 | $2,200.00 | Reviewed body-worn camera footage from Officers Glodowski, Jones, Lisle, Perelli, Robinson, and Rodriguez documenting the August 24, 2019 traffic stop and arrest of Plaintiff Devin Johnson; cataloged key footage segments for trial use. |
| 09/06/2024 | E. Dolby-Shields | 3.0 | $550 | $1,650.00 | Reviewed and analyzed blue light camera footage from Clifford Avenue and Miller Street intersection; identified timing discrepancies between footage and Officer Laureano's account of the traffic stop initiation. |
| 09/10/2024 | E. Dolby-Shields | 3.0 | $550 | $1,650.00 | Reviewed Mapp hearing transcript from Plaintiff's criminal proceedings (Monroe County Court), suppression order, and indictment; analyzed implications of state court's suppression findings for civil Section 1983 excessive force and unlawful seizure claims. |
| 10/02/2024 | E. Dolby-Shields | 2.0 | $550 | $1,100.00 | Received and reviewed additional case files including supplemental discovery materials from prior counsel's office; cataloged outstanding discovery deficiencies. |
| 10/09/2024 | E. Dolby-Shields | 1.5 | $550 | $825.00 | Prepared for and attended status conference with Court (ECF #48); discussed scope of anticipated motion to reopen discovery for depositions of Officers Laureano and Perelli; Court set pretrial schedule including Pretrial Conference for 2/27/2025 and trial for 3/24/2025 (ECF #49). |
| 10/11/2024 | E. Dolby-Shields | 4.0 | $550 | $2,200.00 | Reviewed discovery production from City of Rochester including Fed. R. Civ. P. 26(a) initial disclosures, initial discovery packet containing officer statements, Monroe County Jail medical records, and Mapp hearing materials from criminal proceedings. |

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 10/13/2024 | E. Dolby-Shields | 4.0 | $550 | $2,200.00 | Researched legal standards for reopening discovery under Fed. R. Civ. P. 16(b)(4); analyzed good cause factors including diligence of movant, foreseeability of need for discovery, likelihood of leading to relevant evidence, and prejudice to non-moving party; reviewed case law addressing death of prior counsel as basis for modification of scheduling order. |
| 10/14/2024 | E. Dolby-Shields | 5.0 | $550 | $2,750.00 | Drafted memorandum of law in support of Plaintiff's motion to reopen discovery for depositions of Officers Laureano and Perelli (ECF #50-1), including detailed argument addressing good cause showing under Fed. R. Civ. P. 16(b)(4), circumstances of prior counsel's death, and absence of prejudice to Defendants from limited additional discovery. |
| 10/15/2024 | E. Dolby-Shields | 1.5 | $550 | $825.00 | Drafted Declaration of Elliot Dolby-Shields in support of motion to reopen discovery (ECF #50-2), attaching Fed. R. Civ. P. 26(a) disclosure exhibits and documenting circumstances of prior counsel's death and case transfer. |
| 10/15/2024 | E. Dolby-Shields | 1.5 | $550 | $825.00 | Drafted Notice of Motion; assembled, reviewed, and filed complete motion to reopen discovery with supporting memorandum, declaration, and exhibits (ECF #50). |
| 10/25/2024 | E. Dolby-Shields | 2.0 | $550 | $1,100.00 | Reviewed City of Rochester's opposition to Plaintiff's motion to reopen discovery (ECF #52), including counsel declarations and email correspondence exhibits purporting to show prior counsel had opportunity to depose officers. |
| 10/31/2024 | E. Dolby-Shields | 4.0 | $550 | $2,200.00 | Drafted and filed reply memorandum in further support of motion to reopen discovery (ECF #53); distinguished defense citations, reinforced good cause arguments, and addressed newly raised arguments regarding alleged prior deposition opportunities. |
| 11/15/2024 | E. Dolby-Shields | 1.5 | $550 | $825.00 | Reviewed Court's Decision and Order denying Plaintiff's motion to reopen discovery (ECF #54); analyzed basis for denial and assessed implications for trial preparation without depositions of Officers Laureano and Perelli; developed revised trial strategy relying on available discovery materials, BWC footage, and Mapp hearing transcript for impeachment. |
| 12/09/2024 | E. Dolby-Shields | 3.0 | $550 | $1,650.00 | Began trial preparation; reviewed witness list and anticipated testimony; developed preliminary trial strategy and cross-examination framework for defendant Officer Laureano based on available discovery materials and BWC footage in light of denial of motion to reopen discovery. |
| 01/25/2025 | E. Dolby-Shields | 3.0 | $550 | $1,650.00 | Reviewed and annotated initial discovery packet for trial preparation; highlighted key documents, officer incident reports, and statements containing potential impeachment material for cross-examination of defendant officers. |
| 01/28/2025 | E. Dolby-Shields | 2.0 | $550 | $1,100.00 | Reviewed parole warrant documentation and state court suppression order from Plaintiff's criminal proceedings to assess relevance and admissibility at trial under Court's anticipated evidentiary rulings. |
| 01/28/2025 | E. Dolby-Shields | 2.0 | $550 | $1,100.00 | Drafted pretrial case statement and trial information sheet as required by Court's Pretrial Order (ECF #49); identified key factual and legal issues for trial. |
| 01/29/2025 | E. Dolby-Shields | 2.0 | $550 | $1,100.00 | Drafted proposed voir dire questions tailored to Section 1983 excessive force claims, addressing potential juror bias regarding law enforcement, use of force, and credibility of police testimony. |
| 01/29/2025 | E. Dolby-Shields | 2.0 | $550 | $1,100.00 | Drafted Plaintiff's exhibit list identifying all documentary and video evidence anticipated for trial, including BWC footage, BLC recordings, medical records, and officer reports. |
| 01/29/2025 | E. Dolby-Shields | 1.0 | $550 | $550.00 | Began assembling pretrial submissions package for filing with Court, including compilation and formatting of all required pretrial documents per Pretrial Order (ECF #49). |
| 01/30/2025 | E. Dolby-Shields | 5.5 | $550 | $3,025.00 | Completed and filed Plaintiff's proposed voir dire and exhibit list (ECF #61), including detailed questions addressing potential juror bias regarding law enforcement use of force, credibility assessment of police testimony, and ability to award compensatory and punitive damages in civil rights cases. |
| 01/30/2025 | E. Dolby-Shields | 8.5 | $550 | $4,675.00 | Drafted and filed Plaintiff's Motion in Limine (ECF #60) with supporting declaration and exhibits including Mapp hearing transcript and suppression order, seeking exclusion of prejudicial evidence regarding Plaintiff's criminal history and parole status, and seeking admission of prior bad acts evidence against defendant officers under FRE 404(b) including Officer Laureano's involvement in the Maddox incident and prior credibility findings. |
| 02/03/2025 | E. Dolby-Shields | 2.0 | $550 | $1,100.00 | Reviewed City of Rochester's pretrial filings including Defendants' Motion in Limine (ECF #56), Defendants' proposed voir dire (ECF #57), and Defendants' exhibit lists (ECF #58-59); began identifying issues for opposition briefing. |
| 02/05/2025 | E. Dolby-Shields | 4.0 | $550 | $2,200.00 | Began drafting opposition to Defendants' Motions in Limine (ECF #56, #62); researched FRE 404(b) prior bad acts standards and FRE 608(b) specific instances of conduct for credibility impeachment of Officer Laureano, including analysis of Second Circuit precedent. |

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 02/10/2025 | E. Dolby-Shields | 3.0 | $550 | $1,650.00 | Continued drafting opposition to Defendants' Motions in Limine, including detailed argument sections addressing admissibility of Maddox incident evidence and Officer Laureano's prior disciplinary history. |
| 02/10/2025 | E. Dolby-Shields | 2.0 | $550 | $1,100.00 | Prepared Declaration of Elliot Dolby-Shields in support of opposition to Defendants' MIL; compiled and organized 17 supporting exhibits including Maddox incident BWC footage, Perelli Special Review Report, and suppression materials. |
| 02/13/2025 | E. Dolby-Shields | 6.0 | $550 | $3,300.00 | Finalized and filed Plaintiff's opposition to Defendants' Motions in Limine (ECF #64) with supporting Declaration and 17 exhibits, including BWC footage, Maddox civil complaint, Officer Perelli Special Review Report, and criminal suppression materials. |
| 02/13/2025 | E. Dolby-Shields | 1.5 | $550 | $825.00 | Drafted proposed jury charges (versions 1-2) for Section 1983 excessive force and unlawful seizure claims, including instructions on qualified immunity, municipal liability, and damages (ECF #65). |
| 02/13/2025 | E. Dolby-Shields | 1.5 | $550 | $825.00 | Researched pattern jury instructions for Section 1983 claims in the Second Circuit, including Sand's Modern Federal Jury Instructions and Third Circuit Model Instructions for comparison. |
| 02/14/2025 | E. Dolby-Shields | 2.5 | $550 | $1,375.00 | Drafted and filed request to supplement exhibit list with Exhibits 27-32, including Maddox incident materials and Officer Napier body-worn camera footage; prepared supplemental exhibit list with descriptions (ECF #66). |
| 02/14/2025 | E. Dolby-Shields | 0.5 | $550 | $275.00 | Reviewed Court's Text Order adjourning trial from 3/24/2025 to 11/17/2025 (ECF #67) and setting status conference for 6/11/2025; assessed impact on pretrial preparation schedule. |
| 02/19/2025 | E. Dolby-Shields | 4.0 | $550 | $2,200.00 | Drafted Plaintiff's reply memorandum in further support of Motion in Limine (ECF #60), addressing City's opposition arguments (ECF #63) regarding exclusion of prior bad acts evidence and admissibility of Maddox incident materials. |
| 02/20/2025 | E. Dolby-Shields | 3.0 | $550 | $1,650.00 | Finalized and filed Plaintiff's reply in support of Motion in Limine (ECF #69); incorporated additional case law on FRE 404(b) pattern evidence and punitive damages. |
| 02/27/2025 | E. Dolby-Shields | 2.0 | $550 | $1,100.00 | Reviewed City's reply to Defendants' Motion in Limine (ECF #71) and supporting exhibits; assessed impact of Defendants' arguments on trial strategy. |
| 05/15/2025 | E. Dolby-Shields | 2.0 | $550 | $1,100.00 | Reviewed case posture and trial preparation needs following adjournment; conducted legal research on standards for supplemental exhibit admission in advance of drafting second Motion in Limine to supplement exhibit list. |
| 05/15/2025 | E. Dolby-Shields | 3.0 | $550 | $1,650.00 | Drafted second Motion in Limine seeking to supplement exhibit list with additional exhibits not included in original pretrial submissions, including memorandum of law addressing good cause for late identification and absence of prejudice to Defendants. |
| 05/16/2025 | E. Dolby-Shields | 4.0 | $550 | $2,200.00 | Continued drafting second Motion in Limine to supplement exhibit list, including detailed exhibit descriptions, authentication arguments, and response to anticipated objections regarding timeliness of identification. |
| 05/17/2025 | E. Dolby-Shields | 1.0 | $550 | $550.00 | Reviewed Pretrial Order (ECF #49) and prior discovery orders; analyzed implications for exhibit admission strategy and admissibility of supplemental evidence at trial. |
| 05/18/2025 | E. Dolby-Shields | 3.4 | $550 | $1,870.00 | Finalized and filed second Motion in Limine to supplement exhibit list (ECF #72) with supporting declaration and exhibits, seeking admission of additional exhibits including officer disciplinary records, prior incident reports, and supplemental BWC footage. |
| 05/19/2025 | E. Dolby-Shields | 1.0 | $550 | $550.00 | Compiled and organized pretrial filings and exhibit materials for upcoming status conference scheduled for 6/11/2025. |
| 06/04/2025 | E. Dolby-Shields | 2.0 | $550 | $1,100.00 | Reviewed grand jury transcript from Plaintiff's criminal proceedings; organized and labeled video exhibits including BWC and BLC footage for trial presentation. |
| 06/04/2025 | E. Dolby-Shields | 5.0 | $550 | $2,750.00 | Prepared all pretrial filings to conform with Judge Wolford's Pretrial Order (ECF #49); organized and paginated trial exhibits, created tables of contents for exhibit binders, and copied video exhibits to flash drive for courtroom presentation. |
| 06/05/2025 | E. Dolby-Shields | 2.0 | $550 | $1,100.00 | Prepared detailed video exhibit descriptions and identification labels for blue light camera and body-worn camera footage from six officers; finalized physical exhibit binder materials for trial. |
| 06/05/2025 | E. Dolby-Shields | 3.0 | $550 | $1,650.00 | Drafted reply in support of second Motion in Limine (ECF #72) to supplement exhibit list, addressing City's opposition (ECF #76) arguments regarding timeliness and prejudice. |
| 06/05/2025 | E. Dolby-Shields | 0.5 | $550 | $275.00 | Delivered courtesy copies of pretrial filings and exhibit binders to chambers of Judge Wolford at U.S. District Court, Rochester, New York. |
| 06/08/2025 | E. Dolby-Shields | 1.2 | $550 | $660.00 | Finalized and filed reply in further support of second Motion in Limine to supplement exhibit list (ECF #77), incorporating argument addressing Defendants' specific objections to each proposed supplemental exhibit. |

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 06/11/2025 | E. Dolby-Shields | 2.0 | $550 | $1,100.00 | Prepared for status conference, including review of all outstanding motions, preparation of conference agenda, and compilation of issues requiring Court resolution. |
| 06/11/2025 | E. Dolby-Shields | 1.5 | $550 | $825.00 | Attended status conference before Judge Wolford (ECF #78); discussed Motions in Limine, supplemental briefing, trial logistics, and scheduling; Court subsequently issued Order resolving MILs (ECF #79) and Amended Pretrial Order (ECF #81) resetting trial to 2/2/2026. |
| 07/21/2025 | E. Dolby-Shields | 2.0 | $550 | $1,100.00 | Reviewed Court's Order partially resolving Motions in Limine (ECF #79, filed 06/16/2025); analyzed rulings on admissibility of prior bad acts evidence under FRE 404(b), Mapp hearing testimony for impeachment, Maddox incident materials, and other contested exhibits; assessed implications for trial strategy and identified issues for supplemental briefing per Court's schedule (ECF #80). |
| 08/12/2025 | E. Dolby-Shields | 5.0 | $550 | $2,750.00 | Began drafting supplemental memorandum addressing Court's Order (ECF #79) regarding admissibility of other incidents involving Officer Laureano, Mapp hearing testimony for impeachment, and Nishean Napier BWC recordings; researched Carroll v. Trump and FRE 404(b) pattern evidence standards in civil rights cases. |
| 08/13/2025 | E. Dolby-Shields | 5.0 | $550 | $2,750.00 | Continued drafting supplemental memorandum; prepared argument sections on punitive damages pattern evidence and relevance of prior incidents; researched DiSorbo, Hardy, Lee, Fernandez, and Milfort precedents on FRE 404(b) evidence in excessive force cases. |
| 08/18/2025 | E. Dolby-Shields | 4.0 | $550 | $2,200.00 | Began drafting supplemental Motion in Limine regarding exclusion of handgun evidence under Boyd v. City of New York doctrine; researched firearm exclusion law and admissibility of post-arrest evidence in Section 1983 excessive force cases. |
| 08/21/2025 | E. Dolby-Shields | 0.5 | $550 | $275.00 | Drafted and filed joint motion for extension of time for supplemental MIL briefing deadlines (ECF #82). |
| 08/22/2025 | Z. Charania | 2.0 | $250 | $500.00 | Conducted legal research and assisted with drafting supplemental memorandum regarding admissibility of prior incidents involving defendant Officer Laureano under FRE 404(b); compiled case citations and analyzed pattern evidence standards. |
| 08/23/2025 | E. Dolby-Shields | 5.0 | $550 | $2,750.00 | Revised supplemental memorandum regarding other incidents; refined argument sections on cross-examination rights under the Confrontation Clause and admissibility of Mapp hearing testimony for impeachment purposes under FRE 608(b). |
| 08/25/2025 | Z. Charania | 2.0 | $250 | $500.00 | Conducted legal research and assisted with drafting supplemental Motion in Limine regarding exclusion of handgun evidence under Boyd v. City of New York doctrine; analyzed Second Circuit case law on firearm evidence in excessive force cases. |
| 08/26/2025 | E. Dolby-Shields | 6.0 | $550 | $3,300.00 | Finalized and filed supplemental memorandum addressing Court's Order (ECF #79) regarding other incidents and Mapp hearing testimony (ECF #84) and supplemental Motion in Limine regarding handgun exclusion under Boyd doctrine (ECF #85); prepared supporting exhibits and declaration. |
| 10/08/2025 | E. Dolby-Shields | 3.0 | $550 | $1,650.00 | Reviewed City's opposition to supplemental Motion in Limine regarding handgun exclusion under Boyd doctrine (ECF #88) and opposition to supplemental memorandum regarding other incidents and Mapp hearing testimony (ECF #89). |
| 10/10/2025 | E. Dolby-Shields | 3.0 | $550 | $1,650.00 | Researched additional case law on Boyd doctrine and firearm evidence exclusion, including Walker v. Carrozzo, Turner v. City of New York, Jackson v. Suffolk County, Matthews v. City of New York, and Mejia v. City of New York. |
| 10/16/2025 | E. Dolby-Shields | 2.0 | $550 | $1,100.00 | Reviewed City's letter regarding disputed case citations in supplemental briefing; located and verified correct citations for United States v. Malka, Garnes, and Clanton decisions; provided corrected citations to opposing counsel via correspondence. |
| 10/16/2025 | Z. Charania | 5.0 | $250 | $1,250.00 | Drafted reply to Defendants' opposition to supplemental Motion in Limine regarding handgun exclusion (ECF #88), including research on Boyd v. City of New York doctrine applications in Second Circuit excessive force cases and analysis of distinguishing factors. |
| 10/17/2025 | Z. Charania | 5.0 | $250 | $1,250.00 | Drafted reply to Defendants' opposition to supplemental memorandum regarding other incidents and Mapp hearing testimony (ECF #89), including analysis of FRE 404(b) pattern evidence standards, Carroll v. Trump precedent, and cross-examination rights. |
| 10/20/2025 | E. Dolby-Shields | 3.0 | $550 | $1,650.00 | Continued case law research on Carroll v. Trump precedent regarding FRE 404(b) evidence in civil rights cases; confirmed correct citation for United States v. Malka; analyzed implications for admissibility of Laureano prior incidents. |
| 10/21/2025 | E. Dolby-Shields | 4.0 | $550 | $2,200.00 | Began drafting reply briefs to Defendants' oppositions on supplemental MIL briefing, incorporating research on Carroll precedent, Boyd doctrine, and FRE 608(b) impeachment standards. |
| 10/27/2025 | E. Dolby-Shields | 5.0 | $550 | $2,750.00 | Finalized and filed reply to Defendants' opposition regarding handgun exclusion (ECF #90) and reply regarding other incidents and Mapp hearing testimony (ECF #91) with declaration regarding disputed case citations and corrected authorities. |

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 12/15/2025 | E. Dolby-Shields | 2.5 | $550 | $1,375.00 | Reviewed Officer Laureano deposition transcript from People v. Howard matter to identify and highlight testimony for Plaintiff's proposed deposition designations at trial (ECF #92); assessed impeachment value of prior sworn testimony. |
| 12/18/2025 | E. Dolby-Shields | 1.5 | $550 | $825.00 | Prepared for status conference, including preparation of conference outline addressing pending MIL issues, deposition designation disputes, and trial logistics. |
| 12/18/2025 | E. Dolby-Shields | 1.5 | $550 | $825.00 | Attended status conference before Judge Wolford (ECF #94); discussed MIL rulings, trial schedule, deposition designation procedures, jury instruction timeline, and courtroom technology logistics. |
| 12/19/2025 | E. Dolby-Shields | 2.0 | $550 | $1,100.00 | Drafted analysis of Court's evidentiary rulings discussed at status conference; assessed implications for trial strategy regarding admissibility of prior incidents, impeachment evidence, and Boyd doctrine exclusion of handgun evidence. |
| 12/23/2025 | E. Dolby-Shields | 2.0 | $550 | $1,100.00 | Prepared deposition designation materials; reviewed Laureano deposition transcript from People v. Howard for identification of specific trial designations and potential counter-designations by Defendants. |
| 01/07/2026 | E. Dolby-Shields | 1.5 | $550 | $825.00 | Drafted and filed amended proposed jury charges incorporating Court's pretrial rulings on evidentiary issues and qualified immunity instruction (ECF #96). |
| 01/07/2026 | E. Dolby-Shields | 1.0 | $550 | $550.00 | Drafted and filed Plaintiff's objections to Defendants' proposed jury instructions (ECF #95), identifying specific objections to qualified immunity framing, damages instructions, and proposed limiting instructions (ECF #97). |
| 01/07/2026 | E. Dolby-Shields | 1.0 | $550 | $550.00 | Drafted and filed notice of withdrawal of Plaintiff's deposition designations (ECF #98) following strategic decision to present testimony through live witnesses rather than deposition excerpts. |
| 01/08/2026 | E. Dolby-Shields | 2.0 | $550 | $1,100.00 | Organized and indexed trial exhibit binders; reviewed all exhibits for completeness and proper labeling; confirmed availability of video exhibits on flash drive for courtroom presentation. |
| 01/13/2026 | E. Dolby-Shields | 1.5 | $550 | $825.00 | Reviewed and prepared materials for final pretrial conference; conferred with referring attorney Brigid Field regarding case history, prior counsel's trial preparation, and background on Plaintiff's claims; reviewed Defendants' letter regarding exhibit list revisions (ECF #99). |
| 01/13/2026 | E. Dolby-Shields | 0.5 | $550 | $275.00 | Telephone consultation with client Devin Johnson regarding trial preparation, courtroom logistics, witness testimony expectations, and trial schedule. |
| 01/14/2026 | E. Dolby-Shields | 1.5 | $550 | $825.00 | Prepared for final pretrial conference, including review of all outstanding issues, Amended Pretrial Order (ECF #81) requirements, and proposed witness and exhibit lists. |
| 01/14/2026 | E. Dolby-Shields | 1.5 | $550 | $825.00 | Attended final pretrial conference before Judge Wolford (ECF #100); discussed five-day trial schedule commencing February 2, 2026, final MIL rulings, special interrogatories regarding qualified immunity, witness order, and exhibit logistics. |
| 01/14/2026 | Z. Charania | 1.5 | $250 | $375.00 | Attended final pretrial conference before Judge Wolford (ECF #100); took notes on trial schedule commencing February 2, 2026, final MIL rulings, special interrogatories regarding qualified immunity, witness order, and exhibit logistics; made list of materials and docuemnts to prep pursuant to dealdines set during conference. |
| 01/23/2026 | E. Dolby-Shields | 1.5 | $550 | $825.00 | Reviewed Defendants' proposed jury instructions (ECF #102) and Defendants' proposed special interrogatories regarding qualified immunity (ECF #103); identified objections to proposed instructions and interrogatory framing; prepared Word versions of Plaintiff's jury instructions per Court's Text Order (ECF #101). |
| 01/25/2026 | E. Dolby-Shields | 3.0 | $550 | $1,650.00 | Reviewed Defendants' trial exhibits in detail; identified exhibits requiring redaction of inadmissible or prejudicial information including parole records, prior criminal history, and unrelated arrest records; began intensive final trial preparation. |
| 01/25/2026 | Z. Charania | 2.0 | $250 | $500.00 | Reviewed Defendants' proposed trial exhibits and identified materials requiring redaction of inadmissible or prejudicial information, including parole conditions, criminal history references, and arrest records. |
| 01/26/2026 | E. Dolby-Shields | 1.5 | $550 | $825.00 | Drafted letter to Court and opposing counsel regarding Defendant exhibits requiring redaction (ECF #105), with supporting exhibits identifying specific passages requiring removal including Conditions for Parole, Laureano's Prisoner Data Report, Perelli Incident Report, felony complaint, and Glodowski incident report. |
| 01/26/2026 | E. Dolby-Shields | 1.5 | $550 | $825.00 | Reviewed and annotated initial discovery packet for trial cross-examination preparation; highlighted key inconsistencies in officer statements, use-of-force reports, and incident narratives for impeachment of defendant officers. |
| 01/26/2026 | Z. Charania | 1.0 | $250 | $250.00 | Isolated and prepared specific exhibits from initial discovery packet requiring redaction for trial use; created redacted versions of identified documents per Court's evidentiary rulings (ECF #104). |

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 01/29/2026 | E. Dolby-Shields | 5.0 | $550 | $2,750.00 | Drafted motion for extension of time and letter identifying specific references and sources for Officer Laureano's prior adverse credibility findings and documented instances of untruthfulness across six matters, including People v. Howard, United States v. Brookins, People v. Parsons, and People v. Allen, with supporting declaration and seven exhibits (ECF #108); researched prior judicial findings for FRE 608(b) cross-examination impeachment. |
| 01/30/2026 | E. Dolby-Shields | 2.0 | $550 | $1,100.00 | Prepared updated supplemental exhibit list comprising 84 trial exhibits with descriptions and authentication basis (ECF #107, #110). |
| 01/30/2026 | E. Dolby-Shields | 1.5 | $550 | $825.00 | Drafted Plaintiff's revised proposed special interrogatories and objections to Defendants' proposed qualified immunity special interrogatories (ECF #112); addressed framing of clearly-established-law questions for jury. |
| 01/30/2026 | E. Dolby-Shields | 1.0 | $550 | $550.00 | Filed Plaintiff's proposed jury instructions incorporating Court's rulings from pretrial conference and Text Orders (ECF #109). |
| 01/30/2026 | E. Dolby-Shields | 0.5 | $550 | $275.00 | Drafted proposed order requesting permission for Plaintiff's paralegal to bring laptop computer into courtroom for trial assistance with exhibits and real-time research (ECF #113). |
| 01/31/2026 | E. Dolby-Shields | 6.0 | $550 | $3,300.00 | Witness preparation session with Plaintiff Devin Johnson, including rehearsal of direct examination testimony covering events of August 24, 2019 traffic stop and arrest, injuries sustained, and damages; preparation for anticipated cross-examination by defense counsel regarding criminal history and suppression issues. |
| 01/31/2026 | Z. Charania | 6.0 | $250 | $1,500.00 | Assisted with witness preparation session with Plaintiff Devin Johnson, including taking detailed notes on direct exmmaintion, chronology of events on August 24, 2019, damages, areas to prepare for cross-examination and additional issues to address at next prep meeting |
| 02/1/2026 | E. Dolby-Shields | 4.0 | $550 | $2,200.00 | Witness preparation session with Jacqueline Prettyman (eyewitness), including direct examination outline, review of anticipated testimony regarding observations of officers' use of force during Plaintiff's arrest, and preparation for anticipated cross-examination. |
| 02/1/2026 | Z. Charania | 4.0 | $250 | $1,000.00 | Assisted with witness preparation session with Jacqueline Prettyman (eyewitness), including taking detailed notes on direct examination, preparation for anticipated cross-examination, and additional point to clarify with Plaintiff Devin Johnson |
| 01/31/2026 | E. Dolby-Shields | 4.0 | $550 | $2,200.00 | Final trial preparation: organized trial exhibit binders (Volumes I-III), finalized exhibit presentation order, reviewed all pretrial orders and evidentiary rulings, prepared courtroom materials and technology, and confirmed video exhibit functionality. |
| 01/31/2026 | Z. Charania | 1.0 | $250 | $250.00 | Researched case law on state law assault and battery claims brought in conjunction with Section 1983 excessive force actions; identified applicable standards and jury instruction requirements under New York law. |
| 01/31/2026 | Z. Charania | 1.0 | $250 | $250.00 | Reviewed Officer Laureano deposition transcripts from People v. Howard to identify prior inconsistent testimony and impeachment material for cross-examination at trial. |
| 02/01/2026 | E. Dolby-Shields | 4.0 | $550 | $2,200.00 | Revised and finalized opening statement for trial, incorporating Court's evidentiary rulings and structuring narrative around Plaintiff's theory of pretextual stop, excessive force, and cover-up by defendant officers. |
| 02/01/2026 | E. Dolby-Shields | 5.0 | $550 | $2,750.00 | Prepared Officer Laureano cross-examination outline containing 86 leading questions organized in 10 subject-matter sections, including traffic stop initiation, escalation of force, prior inconsistent statements, Mapp hearing testimony contradictions, and pattern of excessive force. |
| 02/01/2026 | E. Dolby-Shields | 3.0 | $550 | $1,650.00 | Prepared for jury selection, including development of voir dire strategy targeting bias indicators regarding law enforcement use of force; organized all trial exhibit binders and courtroom materials. |
| 02/01/2026 | E. Dolby-Shields | 2.0 | $550 | $1,100.00 | Final review and organization of all trial materials, including witness examination outlines for Johnson, Prettyman, Laureano, Lisle, and Wagner; exhibit lists; pretrial orders; and courtroom technology. |
| 02/02/2026 | E. Dolby-Shields | 5.5 | $550 | $3,025.00 | Trial Day 1 — In court (8:45 AM to approximately 2:00 PM): Conducted voir dire examination of prospective jurors; presented oral argument on FRE 608(b) impeachment evidence and Laureano credibility letter (ECF #108); participated in conference with Court regarding evidentiary rulings on prior bad acts; Court granted extension for late filing of ECF #108 but denied request to introduce evidence contained therein (ECF #115); jury selected and sworn. |
| 02/02/2026 | E. Dolby-Shields | 2.0 | $550 | $1,100.00 | Trial Day 1 — Prepared jury selection chart and notes during voir dire process; drafted letter to Court regarding additional redactions required for Defendant exhibits (ECF #116) with five supporting exhibits. |

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 02/02/2026 | E. Dolby-Shields | 3.5 | $550 | $1,925.00 | Trial Day 1 — Finalized opening statement for delivery on Day 2; revised Officer Laureano cross-examination outline to incorporate Court's evidentiary rulings from Day 1 proceedings; finalized direct examination outline for Plaintiff Devin Johnson. |
| 02/02/2026 | E. Dolby-Shields | 0.5 | $550 | $275.00 | Trial Day 1 — Reviewed final special interrogatories and final jury instructions circulated by Court; confirmed conformity with Plaintiff's proposed instructions and identified remaining objections. |
| 02/02/2026 | E. Dolby-Shields | 2.5 | $550 | $1,375.00 | Trial Day 1 — Evening trial preparation: reviewed trial notes from Day 1 proceedings; analyzed juror composition; prepared strategy memorandum for Day 2 opening statement and witness testimony; conferred with client regarding next-day testimony. |
| 02/02/2026 | Z. Charania | 5.0 | $250 | $1,250.00 | Trial Day 1 — In court (8:45 AM to approximately 2:00 PM): Attended jury selection, voir dire, and evidentiary arguments on FRE 608(b) impeachment and Laureano credibility letter (ECF #108); assisted trial counsel with real-time exhibit management and juror observation notes. |
| 02/02/2026 | Z. Charania | 4.0 | $250 | $1,000.00 | Trial Day 1 — Drafted trial brief regarding FRE 608(b) and FRE 404(b) prior credibility findings in support of Plaintiff's impeachment evidence and punitive damages exhibits (ECF #119, filed February 3, 2026). |
| 02/03/2026 | E. Dolby-Shields | 5.0 | $550 | $2,750.00 | Trial Day 2 — In court (9:00 AM to approximately 2:00 PM): Delivered opening statement on behalf of Plaintiff; conducted direct examination of Plaintiff Devin Johnson regarding August 24, 2019 traffic stop, use of force by officers, injuries sustained, and damages; conducted direct examination of eyewitness Jacqueline Prettyman regarding observations of the arrest and officers' conduct (ECF #120). |
| 02/03/2026 | E. Dolby-Shields | 2.0 | $550 | $1,100.00 | Trial Day 2 — Drafted and filed trial brief regarding FRE 608(b) and FRE 404(b) prior credibility findings in support of impeachment and punitive damages exhibits (ECF #119); incorporated Court's Day 1 rulings. |
| 02/03/2026 | E. Dolby-Shields | 3.0 | $550 | $1,650.00 | Trial Day 2 — Reviewed trial notes from Day 2 testimony; identified areas for redirect of Plaintiff; prepared and revised witness examination outlines for Plaintiff's continued testimony and anticipated Laureano cross-examination. |
| 02/03/2026 | E. Dolby-Shields | 4.0 | $550 | $2,200.00 | Trial Day 2 — Prepared for cross-examination of Officer Laureano; updated examination outline based on Plaintiff's trial testimony, Court's evidentiary rulings, and Defendants' opening statement themes. |
| 02/03/2026 | Z. Charania | 5.0 | $250 | $1,250.00 | Trial Day 2 — In court (9:00 AM to approximately 2:00 PM): Took detailed notes on opening statements, juror reactions, direct examination of Plaintiff Devin Johnson, and testimony of eyewitness Jacqueline Prettyman; assisted trial counsel with real-time exhibit presentation, witness testimony notes, and identification of impeachment opportunities. |
| 02/03/2026 | Z. Charania | 3.0 | $250 | $750.00 | Trial Day 2 — Drafted cross-examination outline for Officer Lisle based on discovery materials, incident reports, BWC footage analysis, and trial testimony; identified key inconsistencies for impeachment. |
| 02/04/2026 | E. Dolby-Shields | 5.0 | $550 | $2,750.00 | Trial Day 3 — In court (9:00 AM to approximately 2:00 PM): Completed testimony of Plaintiff Devin Johnson; conducted cross-examination of Defendant Officer Jonathan Laureano regarding traffic stop initiation, escalation of force, prior inconsistent statements, and Mapp hearing testimony contradictions; Plaintiff rested; Defense called Officer Timothy Lisle, testimony to be continued (ECF #122). |
| 02/04/2026 | E. Dolby-Shields | 3.0 | $550 | $1,650.00 | Trial Day 3 — Updated Laureano examination outline during trial regarding malice element and initiation of traffic stop based on real-time testimony; prepared Officer Lisle cross-examination notes addressing use of force justifications and BWC footage discrepancies. |
| 02/04/2026 | E. Dolby-Shields | 3.0 | $550 | $1,650.00 | Trial Day 3 — Began drafting Plaintiff's Rule 50(a) motion for judgment as a matter of law at close of Plaintiff's case, addressing sufficiency of evidence on excessive force, unlawful seizure, and qualified immunity elements; reviewed Defendants' reserved oral motion for judgment. |
| 02/04/2026 | E. Dolby-Shields | 2.0 | $550 | $1,100.00 | Trial Day 3 — Drafted recoverable damages briefing (ECF #121) addressing applicable damages standards in Section 1983 excessive force cases, including compensatory damages for physical injury, emotional distress, and punitive damages standards. |
| 02/04/2026 | E. Dolby-Shields | 1.0 | $550 | $550.00 | Trial Day 3 — Reviewed Defendants' oral motion for judgment as a matter of law at close of Plaintiff's case (reserved by Court per ECF #122); analyzed legal standards and prepared responsive arguments. |
| 02/04/2026 | Z. Charania | 5.0 | $250 | $1,250.00 | Trial Day 3 — In court (9:00 AM to approximately 2:00 PM): Took detailed notes on completion Plaintiff's testimony, cross-examination of Officer Laureano, and beginning of defense case (Officer Lisle); assisted trial counsel with real-time exhibit management, impeachment material retrieval, and testimony notes; made note of additional areas of cross examination of Officer Lisle based on direct examination. |

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 02/04/2026 | Z. Charania | 3.0 | $250 | $750.00 | Trial Day 3 — Drafted cross-examination outline for Lt. William Wagner based on discovery materials, department search and tow and BWC policies, supervisory responsibilities, and trial testimony; identified key areas regarding failure to activate BWC and affirmation conceding the stop was pre-determined |
| 02/05/2026 | E. Dolby-Shields | 7.0 | $550 | $3,850.00 | Trial Day 4 — In court (9:00 AM to approximately 5:00 PM): Attended and conducted cross-examination during testimony of Officer Timothy Lisle and Lt. William Wagner; participated in charge conference with Court addressing jury instructions, special interrogatories, qualified immunity framing, and VTL Section 1163(c) instruction dispute; Defense rested (ECF #129). |
| 02/05/2026 | E. Dolby-Shields | 1.5 | $550 | $825.00 | Trial Day 4 — Revised Plaintiff's proposed special interrogatories in response to charge conference discussion; drafted and filed revised proposed special interrogatories (ECF #123). |
| 02/05/2026 | E. Dolby-Shields | 1.5 | $550 | $825.00 | Trial Day 4 — Drafted trial brief responding to Defendants' Townes damages argument (ECF #125), addressing applicable damages standards and distinguishing Defendants' cited authority. |
| 02/05/2026 | E. Dolby-Shields | 1.0 | $550 | $550.00 | Trial Day 4 — Drafted Plaintiff's objections to Defendants' proposed instruction on background information (ECF #126) and Plaintiff's proposed limiting instruction (ECF #131). |
| 02/05/2026 | E. Dolby-Shields | 1.0 | $550 | $550.00 | Trial Day 4 — Drafted and filed opposition to Defendants' Motion to Revise Final Jury Instructions (ECF #132) regarding qualified immunity instruction and special interrogatory framing (ECF #134). |
| 02/05/2026 | E. Dolby-Shields | 1.5 | $550 | $825.00 | Trial Day 4 — Reviewed Defendants' proposed instruction on VTL Section 1163(c) (ECF #128, denied per ECF #130); reviewed Defendants' proposed special interrogatories re qualified immunity (ECF #127); reviewed and analyzed post-charge conference final jury instructions, verdict sheet, and Court's limiting instruction (ECF #133). |
| 02/05/2026 | E. Dolby-Shields | 1.1 | $550 | $605.00 | Trial Day 4 — Reviewed sanitized exhibit list prepared by Defendants; reviewed Defendants' proposed qualified immunity special interrogatories (ECF #127); confirmed conformity of final jury instructions with Court's rulings. |
| 02/05/2026 | Z. Charania | 7.0 | $250 | $1,750.00 | Trial Day 4 — In court (9:00 AM to approximately 5:00 PM): Took detailed notes on testimony of Officer Lisle and Lt. Wagner, charge conference, and evidentiary arguments; assisted trial counsel with real-time legal research on jury instruction disputes, exhibit management, and preparation of responsive filings. |
| 02/05/2026 | Z. Charania | 2.0 | $250 | $500.00 | Trial Day 4 — Assisted with research and preparation of responses to Defendants' jury instruction proposals, special interrogatory objections, and VTL Section 1163(c) instruction dispute. |
| 02/05/2026 | Z. Charania | 1.5 | $250 | $375.00 | Trial Day 4 - Consolidated trial notes into master sheet for closing argument, outlining areas for counsel |
| 02/05/2026 | Z. Charania | 2.0 | $250 | $500.00 | Trial Day 4 - Continued outlining closing argument with counsel, listened to counsel practice, gave feedback, identified specific page and line numbers from exchibits to read outloud during closing, made list of exhibits and material for "closing package" for counsel |
| 02/06/2026 | E. Dolby-Shields | 10.0 | $550 | $5,500.00 | Trial Day 5 — In court (9:00 AM to approximately 8:00 PM): Addressed Defendants' Motion to Revise Final Jury Instructions (ECF #132, denied per ECF #137); orally moved for judgment as a matter of law under Fed. R. Civ. P. 50(a) at close of all evidence (ECF #135, reserved by Court); delivered closing argument on behalf of Plaintiff; attended reading of final jury instructions to jury; monitored jury deliberations through dinner; received jury verdict — VERDICT IN FAVOR OF PLAINTIFF, awarding $375,000 in compensatory damages; jury declined to award punitive damages against Officer Laureano (ECF #137). |
| 02/06/2026 | E. Dolby-Shields | 2.0 | $550 | $1,100.00 | Trial Day 5 — Revised special interrogatories for submission to jury following final Court rulings; prepared final closing argument outline incorporating trial testimony and evidentiary rulings. |
| 02/06/2026 | E. Dolby-Shields | 2.0 | $550 | $1,100.00 | Trial Day 5 — Final preparation of closing argument materials and demonstrative aids; reviewed trial notes, key exhibits, and testimony excerpts for incorporation into closing argument. |
| 02/06/2026 | Z. Charania | 7.0 | $250 | $2,500.00 | Trial Day 5 — In court (9:00 AM to approximately 5:00 PM): Tok notes on juror reactions to closing arguments, reading of final jury instructions, jury deliberations, and return of verdict; assisted trial counsel with real-time research on jury instruction objections, jury notes, exhibit references for closing argument, and preparation of revised special interrogatories and verdict sheet. |
| 02/06/2026 | Z. Charania | 1.0 | $250 | $250.00 | Trial Day 5 — Assisted with final preparation of special interrogatories, verdict sheet formatting, and exhibit organization for submission to jury. |

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 02/10/2026 | E. Dolby-Shields | 1.0 | $550 | $550.00 | Reviewed jury verdict form, special interrogatories (ECF #138), and damages verdict sheet; analyzed jury findings on excessive force, unlawful seizure, individual officer liability, and denial of punitive damages; assessed verdict for consistency and potential post-trial issues. |
| 02/11/2026 | E. Dolby-Shields | 0.5 | $550 | $275.00 | Reviewed Judgment entered by Clerk of Court (ECF #140) awarding Plaintiff $375,000 in compensatory damages; confirmed accuracy of judgment terms and assessed post-judgment deadlines including Fed. R. Civ. P. 59 and Fed. R. Civ. P. 60 motion periods. |
| 02/20/2026 | E. Dolby-Shields | 1.0 | $550 | $550.00 | Fee Application — Exported and reviewed attorney billing records from practice management system; organized time entries for Elliot Dolby-Shields and Zoya Charania for compilation into fee application hours summary. |
| 02/20/2026 | E. Dolby-Shields | 1.5 | $550 | $825.00 | Fee Application — Downloaded and reviewed complete case docket from CM/ECF for Johnson v. City of Rochester, No. 6:21-cv-06683; reviewed all filings and identified key docket entries for citation in fee application memorandum of law. |
| 02/20/2026 | E. Dolby-Shields | 2.0 | $550 | $1,100.00 | Fee Application — Compiled and formatted all attorney time entries into fee application billing spreadsheet; verified accuracy of dates, hours, rates, and billing descriptions against case file records and docket entries. |
| 02/20/2026 | E. Dolby-Shields | 1.0 | $550 | $550.00 | Fee Application — Researched and gathered court decisions for use as supporting exhibits, including Vann v. City of Rochester (W.D.N.Y. 2024) and Dzionara-Norsen v. County of Monroe (W.D.N.Y. 2025) summary judgment decisions demonstrating counsel's litigation track record. |
| 02/20/2026 | E. Dolby-Shields | 2.5 | $550 | $1,375.00 | Fee Application — Drafted initial Memorandum of Law in Support of Fee Application (Drafts 1–2); researched applicable legal standards including lodestar method under Hensley v. Eckerhart, 461 U.S. 424 (1983), Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Cir. 1974) factors, and Arbor Hill Concerned Citizens Neighborhood Ass'n v. County of Albany, 522 F.3d 182 (2d Cir. 2008); outlined argument structure for rate reasonableness, hours reasonableness, and results obtained. |
| 02/20/2026 | Z. Charania | 3.0 | $250 | $750.00 | Fee Application — Reviewed and organized attorney time entries for fee application billing summary; cross-referenced billing records against case file docket entries and trial calendar; drafted detailed billing descriptions for all time entries for Elliot Shields and Zoya Charania. |
| 02/20/2026 | Z. Charania | 1.5 | $250 | $375.00 | Fee Application — Finalized fee application hours spreadsheet to date; verified accuracy of all billing entries including dates, hours, rates, and descriptions for 151 time entries; formatted spreadsheet for inclusion as exhibit to fee application. |
| 02/21/2026 | E. Dolby-Shields | 2.0 | $550 | $1,100.00 | Fee Application — Reviewed Dempsey v City of Rochester fee application as a model; reviewied Walker v. City of Buffalo fee application materials as model, including 32-page Memorandum of Law, Declaration of Joel Rudin, and reply declaration regarding expenses; analyzed structure and argumentation for adaptation to Johnson fee application. |
| 02/21/2026 | E. Dolby-Shields | 1.0 | $550 | $550.00 | Fee Application — Downloaded and reviewed CM/ECF case listing documenting 88 cases filed or represented by counsel in the Western District of New York; prepared outline and research notes for Declaration of Elliot Shields in Support of Fee Application, including review of comparable rate awards in the district. |
| 02/21/2026 | E. Dolby-Shields | 2.0 | $550 | $1,100.00 | Fee Application — Revised Memorandum of Law in Support of Fee Application (Drafts 3–4); expanded argument sections on rate reasonableness and comparable rate awards in the Western District; integrated case law on prevailing market rates for civil rights attorneys. |
| 02/21/2026 | E. Dolby-Shields | 3.0 | $550 | $1,650.00 | Fee Application — Drafted Declaration of Elliot Shields in Support of Fee Application; detailed professional background, case history, prior counsel's death and case assumption, trial preparation, results obtained, and basis for requested hourly rates; revised draft incorporating additional detail on comparable rate awards and litigation experience, including Da Silva, Dempsey, Vann, and Dzionara-Norsen matters. |
| 02/21/2026 | Z. Charania | 2.0 | $250 | $500.00 | Fee Application — Conducted legal research on comparable fee awards in Section 1983 cases in the Western District of New York; reviewed case law cited in Walker v. City of Buffalo fee application for applicability to Johnson case; compiled research on prevailing market rates for civil rights attorneys in the district. |
| 02/22/2026 | E. Dolby-Shields | 2.0 | $550 | $1,100.00 | Fee Application — Revised Declaration of Elliot Dolby-Shields in Support of Fee Application (multiple drafts); expanded sections on trial results and comparable verdicts; refined rate comparison analysis addressing rate awards in the Western District. |
| 02/23/2026 | E. Dolby-Shields | 1.5 | $550 | $825.00 | Fee Application — Communication with Michael A. Burger, Esq. regarding submitting Declaration in Support of Fee Application; coordinated with Mr. Burger regarding opinion on reasonable hourly rates, experience with civil rights litigation in the Western District of New York, and assessment of counsel's qualifications and results obtained. Compiled and sent case materials to review. |

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 02/23/2026 | E. Dolby-Shields | 1.5 | $550 | $825.00 | Fee Application — Communicated with Donald M. Thompson, Esq. regarding submitting Declaration in Support of Fee Application; coordinated with Mr. Thompson regarding opinion on reasonable hourly rates for civil rights litigation in the Rochester area, familiarity with counsel's reputation, history of our co-counsel relationship and assessment of counsel's professional qualifications. Compiled case materilas for his review. |
| 02/23/2026 | E. Dolby-Shields | 2.0 | $550 | $1,100.00 | Fee Application — Communicated with Bridget Field, Esq. regarding submitting Declaration in Support of Fee Application for work done by Mark Young on the case; reviewed prior counsel Mark Young's billing records and litigation cost documentation; coordinated with Ms. Field regarding circumstances of referral following Mr. Young's death, Mr. Young's work on the case, and basis for prior counsel's requested $400 hourly rate. |
| 02/23/2026 | E. Dolby-Shields | 1.0 | $550 | $550.00 | Fee Application — Compiled expense summary for Johnson litigation; gathered and verified supporting documentation for litigation costs including filing fees, process service, and deposition-related expenses; prepared expense exhibit for inclusion in fee application. |
| 02/23/2026 | E. Dolby-Shields | 1.0 | $550 | $550.00 | Fee Application — Reviewed Turner v. City of Rochester fee decision and order for use as comparable rate exhibit; identified relevant findings on reasonable hourly rates for civil rights attorneys in the Western District. |
| 02/23/2026 | E. Dolby-Shields | 1.5 | $550 | $825.00 | Fee Application — Revised Declaration of Elliot Dolby-Shields in Support of Fee Application (two additional drafts); incorporated additional detail regarding prior counsel's work, circumstances of case assumption, and compressed trial preparation timeline. |
| 02/23/2026 | Z. Charania | 1.5 | $250 | $375.00 | Fee Application — Assisted with compilation and organization of fee application exhibits; reviewed Declarations of Michael A. Burger, Donald M. Thompson, and Bridget Field for accuracy, consistency, and completeness; verified docket references and case citations. |
| 02/24/2026 | E. Dolby-Shields | 0.5 | $550 | $275.00 | Fee Application — Revised Declaration of Donald M. Thompson, Esq. (v2); incorporated Mr. Thompson's edits and additions; finalized for execution. |
| 02/24/2026 | E. Dolby-Shields | 0.5 | $550 | $275.00 | Fee Application — Reviewed executed Declaration of Michael A. Burger, Esq. received; confirmed accuracy and completeness of rate opinion and factual assertions. |
| 02/24/2026 | E. Dolby-Shields | 1.5 | $550 | $825.00 | Fee Application — Revised Declaration of Elliot Dolby-Shields in Support of Fee Application (Draft v3); refined sections addressing rate justification, litigation experience, and case complexity. |
| 02/24/2026 | E. Dolby-Shields | 1.0 | $550 | $550.00 | Fee Application — Gathered and organized additional exhibits for fee application filing, including Casaccia fee order, Bluth fee decision, and Fitzpatrick fee matrix demonstrating comparable rate awards in the district. |
| 02/24/2026 | E. Dolby-Shields | 3.5 | $550 | $1,925.00 | Fee Application — Substantially revised Memorandum of Law in Support of Fee Application (Draft 5); expanded factual detail in hours reasonableness section addressing case assumption after prior counsel's death, motion to reopen discovery, Laureano deposition in Howard v. City of Rochester, motions in limine, and trial preparation; incorporated additional case law authority on all contested fee issues. |
| 02/24/2026 | Z. Charania | 3.0 | $250 | $750.00 | Fee Application — Revised Memorandum of Law in Support of Fee Application (Draft 6); conducted additional legal research; revised and expanded argument sections addressing rate reasonableness, Johnson factors, and comparable fee awards; refined discussion of results obtained. |
| 02/25/2026 | E. Dolby-Shields | 0.5 | $550 | $275.00 | Fee Application — Prepared factual excerpts document extracting and organizing case background facts from prior draft sections for integration into Memorandum of Law hours reasonableness argument. |
| 02/25/2026 | E. Dolby-Shields | 2.0 | $550 | $1,100.00 | Fee Application — Revised Memorandum of Law in Support of Fee Application (Drafts 7–8); integrated detailed factual background into Section A addressing reasonableness of counsel's hours; removed separate Background section; reorganized argument to discuss work performed within context of hours billed for each litigation phase. |
| 02/25/2026 | E. Dolby-Shields | 1.5 | $550 | $825.00 | Fee Application — Revised Memorandum of Law in Support of Fee Application (Draft 9); corrected Table of Contents formatting; removed body-text paragraphs erroneously included in Table of Contents; verified document structure, heading styles, and internal cross-references. |
| 02/25/2026 | E. Dolby-Shields | 1.0 | $550 | $550.00 | Fee Application — Continued revisions to Memorandum of Law (Draft 9); refined argument presentation, verified accuracy of case citations and docket references throughout memorandum. |
| 02/25/2026 | Z. Charania | 2.0 | $250 | $500.00 | Fee Application — Reviewed and revised Declaration of Elliot Dolby-Shields in Support of Fee Application (Draft v4); verified factual assertions against case file and trial record; cross-referenced exhibit citations, declaration paragraph references, and docket entry numbers. |

| SUMMARY | | | |
|---|---:|---:|---:|
| Timekeeper | Hours | Rate | Amount |
| **Elliot Dolby-Shields (Attorney)** | 372.7 | $550.00 | $204,985.00 |
| **Zoya Charania (Paralegal)** | 89.0 | $250.00 | $22,250.00 |
| **TOTAL** | **461.7** | | **$227,235.00** |