# Johnson v. City of Rochester

No. 6:21-cv-06683 (EAW)(CDH) (W.D.N.Y.)

**Expense Summary — Fee Application**

| No. | Date | Payee / Vendor | Description | Category | Amount |
|---|---|---|---|---|---|
| 1 | 08/28/2024 | Turo | Travel to meet Brigit Field (wife of deceased prior counsel) to obtain physical case file | Travel | $247.11 |
| 2 | 12/31/2024 | Turo | Travel for in-person status conference (10/9/2024) | Travel | $79.17 |
| 3 | 06/11/2025 | Turo | Travel for in-person status conference before Hon. Elizabeth A. Wolford (6/11/2025) | Travel | $769.03 |
| 4 | 07/16/2025 | Patrick Printing (Rochester, NY) | Printing pretrial motions and exhibits (prior to trial rescheduling) | Printing | $676.13 |
| 5 | 01/14/2026 | Avalon Document Services | Printing trial exhibits | Printing | $305.43 |
| 6 | 02/10/2026 | Turo | Vehicle rental for trial (includes additional Turo charge of $71.05 on 02/08/2026) | Travel | $2,129.69 |
| 7 | 02/10/2026 | Sister Cities Garage | Parking for trial | Travel | $50.00 |
| 8 | 01/31/2026 | Roam Cafe (Rochester, NY) | Meals during trial — dinner, trial prep | Meals | $78.72 |
| 9 | 02/01/2026 | The Owl House (Rochester, NY) | Meals during trial — dinner, trial prep | Meals | $95.85 |
| 10 | 02/03/2026 | India House Express (Rochester, NY) | Meals during trial — lunch, Trial Day 2 | Meals | $41.01 |
| 11 | 02/03/2026 | Starbucks (Rochester, NY) | Meals during trial — coffee, Trial Day 2 | Meals | $17.14 |
| 12 | 02/04/2026 | CoreLife Eatery via Seamless (Rochester, NY) | Meals during trial — dinner, Trial Day 4 | Meals | $71.84 |
| 13 | 02/05/2026 | CoreLife Eatery via Seamless (Rochester, NY) | Meals during trial — dinner, Trial Day 5 | Meals | $70.60 |
| 14 | 02/06/2026 | Good Luck (Rochester, NY) | Meals during trial — post-verdict dinner | Meals | $122.20 |

**TOTAL    $4,753.92**

| Summary by Category | |
|---|---|
| **Category** | **Amount** |
| Travel | $3,275.00 |
| Printing | $981.56 |
| Meals | $497.36 |
| **Total** | **$4,753.92** |